*Clerk*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

MIDDLE District of ___PENNSYLVANIA___

Harrisburg___ Division

| | |
|---|---|
| DELVON LAMAR WILLIAMS_____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br><br> –v– <br><br> DR. S. HOEY DO   SEE ATTACHED___ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names.  Do not include addresses here.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br><br> **FILED** <br> **SCRANTON** <br><br> MAY 0 5 2020 <br><br> Per_____ <br> DEPUTY CLERK |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Delvon Lamar Williams |
| All other names by which you have been known: | |
| ID Number | 60442-018 |
| Current Institution | FCI Schuylkill |
| Address | P.O. Box 759 |
| | Minersville, PA 17954-0759 |
| | City      State      Zip Code |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Dr. S. Hoey |
| Job or Title *(if known)* | Clinical Director, FCI Williamsburg |
| Shield Number | |
| Employer | FCI Williamsburg |
| Address | 8301 US HWY 521 |
| | Salters           SC      29590 |
| | City      State      Zip Code |

[X] Individual capacity   [X] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Christopher Davis |
| Job or Title *(if known)* | APRN/FNP-C |
| Shield Number | |
| Employer | FCI Williamsburg |
| Address | 8301 US HWY 521 |
| | Salters,           SC      29590 |
| | City      State      Zip Code |

[X] Individual capacity   [XX] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name                         R. Good
  Job or Title *(if known)*    Corrections Counselor
  Shield Number
  Employer                     FCI Williamsburg
  Address                      8301 US HWY 521
                               Salters          SC        29590
                               *City*           *State*   *Zip Code*
                               ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
  Name                         B.M. Antonelli
  Job or Title *(if known)*    Warden (2018)
  Shield Number
  Employer                     FCI Williamsburg
  Address                      8301 UC HWY 521
                               Salters,         SC        29590
                               *City*           *State*   *Zip Code*
                               ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

  ☒ Federal officials (a *Bivens* claim)

  ☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

  a) Right to proper and sufficient medical attention

  b) Right to be free from Deliberate Indifference

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

      c) Right to be free from Medical Neglegence

      d) Right to be free from Medical Malpractice

      e) Right to due process - Def Good, Antonell, Reg Dir, Connors

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☒   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

All events surrounding my claims are at all times within the FCI Williamsburg prison. Beginning March 2, 2018 (circa)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Prior to March 2, 2018, when Dr. S. Hoey-Do over medica-
ted me without routinely checking my blood levels to
ensure I was not being over medicated.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
Was anyone else involved? Who else saw what happened?)*
a) I am a known seizure patient
b) On a date prior to March 2, 2018, FCI Williamsburg
Physician Dr. S. Hoey-Do prescribed a lethal dose of
a seizure medication, Phenytoin Oral Susp 125 MG/5 ML,
237 ML
**SEE ATTACHED ADDITION**

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

1) Williams experienced a near death episode.
2) Williams was hsopitalized for four (4) days treatment
to detox him from the toxic amounts of Phenytoin, at
and under the care of Dr. Tony Gamble.
3) During this whole period of toxic levels of Phenytoin
running through his body, Williams had suffered multiple
seizures.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FCI Williamsburg

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

All claims, directly and indirectly

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E.   If you did file a grievance:

1.   Where did you file the grievance?
The claim began while Williams was assigned to FCI Will-
iamsburg, and continued while he was transferred to other
facilities, including the one he is currently housed,
FCI Schuylkill

2.   What did you claim in your grievance?

The claim began as not being given medication, then it
included being over medicated, negligence, malpractice
as well as other issues concerning the issue.

3.   What was the result, if any?
In each of the responses from the Warden (BP-9) through
the final level of appeal (BP-11), the responses alluded
the words "granted" or "denied", but stuck to what BOP
is notorious for..."no further response will be given,
this is for information only.

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

All steps were appealed to the appropriate agent, thru
the final level of appeal, all administrative remedies
have been exhausted.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   After the "overmedicated" incident, Williams has continually experienced increased seizure activities, and changes in seizure medication regimins

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)    _____
      Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*
      _____

3.    Docket or index number
      _____

4.    Name of Judge assigned to your case
      _____

5.    Approximate date of filing lawsuit
      _____

6.    Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
      N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       4/30/20

Signature of Plaintiff    _Delvon Williams_

Printed Name of Plaintiff   Delvon L. Williams

Prison Identification #    60442-018

Prison Address    FCI Schuylkill    P.O. Box 759

Minersville, PA 17954-0759
|  |  |  |
|---|---|---|
| City | State | Zip Code |

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney   _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
|  |  |  |
|---|---|---|
| City | State | Zip Code |

Telephone Number    _____

E-mail Address    _____

ATTACHMENT  I
DELVON L. WILLIAMS v DR. S. HOEY, D.O. et al

## Continuation Pg 1. List of Defendants

    Def. 1.   Dr. S. Hoey, D.O.
    Def. 2.   Christopher Davis, APRN/FNP-C
    Def. 3.   R. Good, Corrections Counselor
    Def. 4.   R.M. Antonelli, Waeden
    Def. 5.   John Doe, Regional Director, South East Region
    Def, 6.   Ian Connors, Administrative Appeal Director

## Continuation Pg 3. (I) (B) The Defendants

    Defendant No. 5
              Name:   John Doe
        Job or Title :   Regional Director, South East Region
           Employer:   Federal Bureau of Prisons
            Address:   3800 Camp Creek Parkway, SW  Bldg 2000
                       Atlanta, Georgia  30331-6226

    Defendant No. 6
              Name:   Ian Connors
        Job or Title:   Administrator National Inmate Appeals
           Employer:   Federal Bureau of Prisons
            Address:   Office of Geberal Counsel, BOP
                       320 First Street, NW
                       Washington, DC 20534

## Continuation Pg 5 (IV)(D)

    (c) On numerous occasions I reported to medical staff, adv-
        ising them that I was not feeling well, or funny (see
        attached exhibits). Each time I I advised them that I was
        walking around like I was "drunk." And each time medical
        staff would check my vitals and send me back to my dorm
        after telling me I was "fine" particularly Defendant
        Davis. Additionally staff would tell me there was nothing
        wrong with me, yet as the exhibits provide, I continued
        to have seizures.

## ATTACHMENT  II

## DEVLON L. WILLIAMS v. DR. S. HOEY, D.O.,et al

(d)   On or about May 14, 2018, I once again reported to
      medical staff that I was not feeling "right" after
      which medical staff ordered me to return to my dorm.
      I refused and demanded to see an Lt.  For unknown
      reasons, after I spoke with the Lt., I was rushed to
      Williamsburg Regional Hospital, at which time Dr.
      Troy Gamble, the attending physician, admitted me
      due to dilantin toxicity (Ex. 25-B).  At one point,
      Dr. Gamble whispered to me, "what are they trying to
      do, kill you?"  referring to the toxic level of 34.7.

(e)   Dr. Gamble discontinued the Dilantin due to toxicity
      and due to seizures continuing, and due to Gingival
      Hyperplasia from the Dilantin (Ex. 25-B).  Dr. Gamble
      replaced the Dilantin with Keppra, which the fact is,
      after being placed on Keppra, I did not have a single
      seizure during my stay at the hospital.  Dr. Gamble
      made it very clear there was no medical reason to
      keep me on Dilantin if I was having frequent seizures
      after all this time.  The exhibits paint a fact, re-
      gardless of dosage of Dilantin by Defendants Hoey and
      Davis, I continued having frequent seizures, which
      provides us another fact; it was not the doseage of
      Dilantin but Dilantin itself that was not working.
      Another fact, until Dr. Gamble came along and changed
      Dilantin to Keppra, seizures were abundant.  After
      the change, there was a dramatic decrease in seizure
      activity.

(f)   the prescription Dr. Gamble set for Keppra was work-
      ing, however, as soon as I was released from the hos-
      pital, Defendant Davis changed the doseage to a lower
      dose (Ex. 32 and 33).  We now know seizure activity
      increased.

(g)   Another fact, Exhibit 23 provides us a clear picture
      that for whatever reason Defendant Davis discontinued
      my lower bunk pass that is issued to inmates with
      seizures.  The fact doesn't lie.

(h)   In each medical encounter, Defendant Hoey was notified
      and co-signed.

(i)   The Exhibits show clearly that I complained that no-
      thing was being done about the seizures.  We now know
      Defendants Hoey and Davis merely kept changing the
      Dilantin doses but did nothing else.  (Ex. 9).

## ATTACHMENT III

(j)   Another fact, when I complained about not feeling right or feeling "funny" no one tested my Dilantin level on those instances, and the fact is no one checked my gums for hyperplasia except Dr. Gamble.

(k)   Another fact. Dr. Gamble made it very clear, the toxicity was from toxic levels of Dilantin (Ex. 25-B), however, for unknown reasons, after being discharged from the hospital and returned to prison, Defendant Davis provided "toxicity from unspecified substance (Ex. 35-A).

(l)   For whatever reason, on the paperwork prepared by Defendant Davis, he provided that I was currently using cannabis and cocaine (Ex. 24-A), however, we now know that was a false accusation by Defendant Davis because Dr. Gamble had me tested for them, which were negative test results (Ex. 28-D).   This debunked Defendant Davis' theory that my medical condition was caused by drugs.

(m)   The staff at my prison came up with so many theories as to what caused the Dilantin toxicity, even to the extent of saying it was because I was rinsing the bottom of my medication cup (Ex. 41).

(n)   When I asked for my medical records, a lot was blacked out.  I complained but was told by AHSA Darlen Brown that it was permitted (Ex. 42).

(o)   I always asked to see Defendant Hoey but was refused numerous times.

(P) Even though I continued to have seizures And suffered, Neither Def. Hoey Nor Davis Changed my medication.

BP-A148.055
SEP 98

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member)<br>Health Services Unit for Triage request | DATE: 10/30/14 |
|---|---|
| FROM: DEVON WILLIAMS | REGISTER NO.: 60442018 |
| WORK ASSIGNMENT: | UNIT: 3B-U |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.
Request for (circle one):          MEDICAL     DENTAL          Submit separate requests for each.

DESCRIBE YOUR CONDITION HERE (describa brevamente su condicion aqui):PLEASE USE INK

I TAKE LIQUID AYCANTIN MEDS AND THEY ARE SAYING THEY R GOING
TO CHANGE IT TO CAPSULE MY BRAIN DOCTOR SAID THAT'S NOT GOOD
AND I CANT TAKE NO KIND OF PILL FORM MEDS THAT'S WHY IM
ON LIQUID AND JUST HAD A BAD SEZURE ☺ AT THE HOLD-
OVER IN GEORGIA AND LIQUID IT's U FASTER AND I CAN'T
CHANGE MEDS

How long have you had this problem?          3          Days ___ Months ___ Years

(Do not write below this line)

DISPOSITION:

___ You have been scheduled an appointment on this date _____ watch call-outs for time.
___ All appointment dates and times are subject to change.
___ Watch call-outs, you have been scheduled for an appointment to be seen at Health Services.
___ Follow up for this problem(s) will be during your next chronic care clinic which will be in the
    month of: _____ (approximate). ___ Your request was forwarded to medical records.
___ All test(s)/X-rays were either normal or expected based on your medical condition(s).
___ Watch call-out for labs that have been ordered.
___ No appointment for this problem(s). ___ See attached. ___ Ice 20 minutes on 2 hours off.
___ Your request for dental triage and or cleaning has been received, watch call-outs.
___ Your meds were renewed, submit Rx refill form to pharmacy to receive your meds when they are due.
___ You may purchase over-the-counter (OTC) medication for this condition.
    ___ Ibuprofen ___ Acetaminophen ___ Muscle Rub ___ Antifungal(tolnaftate)Cream ___ other (see below)

Advised Capsule Dilantin used here

| Signature Staff Member David Massa, MD<br>Medical Officer<br>FCI/FPC Williamsburg | Date 10/30/14 |

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)          and BP-S148.070 APR 94

SECTION 6

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

EX-1

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: M   Race: BLACK | Facility: | WIL |
| Encounter Date: | 12/09/2014 11:29 | Provider: Massa, David MD | Unit: | F04 |

Chronic Care encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**          **Provider:** Massa, David MD

Chief Complaint: NEUROLOGY

Subjective:   New arrival, assign CCC NEUROLOGY due to hx of seizure disorder.  Inmate last had seizure when not given his medication in non-Federal holdover facility about 1-2 months ago.  When he takes his medication he has no problem.  No seizures since here.  Would like to self-carry medication.

Pain Location:

Pain Scale: 0

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**Seen for clinic(s):** Neurology

**Added to clinic(s):** Neurology

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/09/2014 | 11:30 WIL | 98.5 | 36.9 | Oral | Massa, David MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/09/2014 | 11:30 WIL | 76 | Via Machine | Regular | Massa, David MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/09/2014 | 11:30 WIL | 14 | Massa, David MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/09/2014 | 11:30 WIL | 115/79 | Left Arm | Sitting | Adult-large | Massa, David MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/09/2014 | 11:30 WIL | 227.0 | 103.0 | | Massa, David MD |

**Exam:**

Diagnostics

Laboratory

Yes: Results

Ex 1-A

| | | |
|---|---|---|
| Inmate Name: WILLIAMS, DELVON LAMAR | | Reg #: 60442-018 |
| Date of Birth: 08/09/1981 | Sex: M   Race: BLACK | Facility: WIL |
| Encounter Date: 12/09/2014 11:29 | Provider: Massa, David MD | Unit: F04 |

**Exam:**

11/14 CBC, CMP, Lipids, Hepatitis Panel, A1C, UA, RPR, HIV all normal/negative.
I can't find a dilantin level

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert and Oriented x 3

No: Appears Distressed

**Nutrition**

Yes: BMI reviewed (enter in comments)

BMI 29.9, overweight, almost obese

**Neurologic**

**Cranial Nerves (CN)**

Yes: CN 2-12 Intact Grossly

**Coordination**

Yes: Within Normal Limits

**Coordination - Gait**

Yes: Normal Gait

**Coordination - Stance**

Yes: Normal Stance

**Level of Consciousness**

Yes: Alert and Oriented x 3

**ASSESSMENT:**

Seizure disorder, other convulsions, 780.39 - Current, Chronic, At Treatment Goal

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Phenytoin Sodium ER (Dilantin) 100 mg Cap | 12/09/2014 11:29 | 300 mgs Orally  -   daily x 180 day(s) -- may self carry |

Indication: Seizure disorder, other convulsions

One Time Dose Given: No

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

Ex 2-B

| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
|---|---|---|---|---|---|
| Date of Birth: | 08/09/1981 | Sex: | M   Race:   BLACK | Facility: | WIL |
| Encounter Date: | 12/09/2014 11:29 | Provider: | Massa, David MD | Unit: | F04 |

## Discontinued Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 77467-WIL | *Dilantin Oral Capsule 100 MG (Brand Name)* | *12/09/2014 11:29* | *Take three capsules (300mg) by mouth each evening --- Pill Line only* |

**Discontinue Type:** *When Pharmacy Processes*
**Discontinue Reason:** *Order changed*
**Indication:**

**One Time Dose Given:**

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Phenytoin, Total | One Time | 12/23/2014 00:00 | Routine |
| **Additional Information:** | | | |
| Can't find dilantin level in all his blood work done in Nov. | | | |
| Lab Tests - Short List-General-Phenytoin, Total | One Time | 05/08/2015 00:00 | Routine |
| **Additional Information:** | | | |
| on Dilantin | | | |

### Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 06/09/2015 00:00 | Physician 01 |
| CCC NEURO | | |

### Disposition:

Follow-up at Sick Call as Needed
Will Be Placed on Callout
Follow-up in 6 Months

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/09/2014 | Counseling | Compliance - Treatment | Massa, David | Verbalizes Understanding |
| 12/09/2014 | Counseling | Plan of Care | Massa, David | Verbalizes Understanding |

dilantin will be self-carry from now on, but levels will be monitored, if subtherapuetic, will be returned to pill line

Ex 2-C

 **Federal Bureau of Prisons**

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | | |
|---|---|---|---|
| **Name** WILLIAMS, DELVON | **Facility** FCI Williamsburg | **Collected** 01/12/2016 9:00 |
| **Reg #** 60442-018 | **Order Unit** **SPG Unit** | **Received** 01/13/2016 12:01 |
| **DOB** 08/09/1981 | **Provider** Christopher Davis, APRN/FNP-C | **Reported** 01/13/2016 13:51 |
| **Sex** M | | **LIS ID** 013161789 |

## CHEMISTRY

| | | | |
|---|---|---|---|
| Phenytoin, Total | 12.8 | 10.0-20.0 | ug/mL |

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

Ex 3-A

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Scanned Date: | 01/25/2016 14:30 | | | Facility: | WIL |

**Reviewed by Hoey, Stephen D.O. on 01/26/2016 10:28.**

Ex 3 B

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M   Race: BLACK | Facility: | WIL |
| Encounter Date: | 09/19/2017 11:41 | Provider: | Hoey, Stephen D.O. | Unit: | F03 |

Physician - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Hoey, Stephen D.O.

**Chief Complaint:** Other Problem

**Subjective:** Pt brought to Health Services following episode at Food Services, thought to be a seizure; He apparently became verbally unresponsive with drooling, but conscious; this resolved slowly over time following transfer to Health Services. He was monitored until fully reactive, and, following information that he did not go to "pill-line" this a.m. for his Dilantin, he was given a "double" dose (i.e., 16 mL Dilantin 125 mg/5 mL @ 8:50 a.m.), and was discharged on his insistence. Valproate susp was ordered to start when available to Pharmacy.  He again suffered another episode and transported back to Health Services for more prolonged observation, and to receive another dose of DPH at 12 noon. His neuro exam returned to baseline, with no evidence clinically of overlying pathology (i.e., illicit drug ingestion, meningitis, etc). Will increase DPH dosage judiciously and monitor levels and clinical progress.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/19/2017 | 09:10 WIL | 97.7 | 36.5 | Oral | Hoey, Stephen D.O. |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/19/2017 | 09:10 WIL | 76 | Apical | Regular | Hoey, Stephen D.O. |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/19/2017 | 09:10 WIL | 14 | Hoey, Stephen D.O. |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/19/2017 | 09:10 WIL | 110/76 | Left Arm | Sitting | | Hoey, Stephen D.O. |

**Exam:**
**Pulmonary**
  **Auscultation**
    Yes: Clear to Auscultation
    No: Rhonchi, Wheezing, Expiratory-Wheezing
**Cardiovascular**
  **Auscultation**
    Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
    No: M/R/G
**Peripheral Vascular**
  **General**
    No: Pitting Edema

From:           ^!"WILLIAMS,  ^!DELVON LAMAR" <60442018@inmatemessage.com>
To:
Date:           9/6/2016 7:06 AM
Subject:        ***Request to Staff*** WILLIAMS, DELVON, Reg# 60442018, WIL-F-B

To: whoever in charge
Inmate Work Assignment: Hvac2

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the
subject line.
8d963265-5700-4d65-82e8-265543da1c02
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL
NOT be delivered to the inmate.

***Inmate Message Below***

Yall take to long to responds to a person's situation may be life are death situation I been to sick call 3 4
times for this funny feeling I keep having on seizure medication and yall ain't did NOTHING to see what's
the problem just need to know if i need to call whoever over yall are what?

WATCH CALLOUTS FOR
APPOINTMENTS — Could not
Descrise problem to the
AT Sick CAll — Med is
Fenied, AVAILABLE AT pill Line

C Davis APRN
FCI/SCP
Williamsburg SC

9/6/16

Ex B4

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: M   Race: BLACK | Facility: | WIL |
| Note Date: | 10/21/2016 10:20 | Provider: Davis, Christopher | Unit: | F03 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**      **Provider:** Davis, Christopher APRN/FNP-C

Dilantin result is 47.5.  Inmate called to come over once count clears

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Phenytoin Oral Susp 125 MG/5ML | 10/21/2016 10:20 | 7.5 ml Orally  -  Two Times a Day x 180 day(s) Pill Line Only -- Start on 10/24/2016 |

**Indication:** Seizure disorder, other convulsions

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 101020-WIL | Phenytoin Oral Susp 125 MG/5ML, 237ML | 10/21/2016 10:20 | take 10ml by mouth twice daily ***note increased dose*** |

**Discontinue Type:**   *When Pharmacy Processes*
**Discontinue Reason:** *new order written*
**Indication:**

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Davis, Christopher APRN/FNP-C on 10/21/2016 10:23

Ex 5-A

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M   Race: BLACK | Facility: | WIL |
| Note Date: | 10/21/2016 10:24 | Provider: | Davis, Christopher | Unit: | F03 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Davis, Christopher APRN/FNP-C
Dilantin result is 47.5.  Inmate called to come over once count clears

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-P-Phenytoin, Total | One Time | 11/10/2016 00:00 | Routine |
| Labs requested to be reviewed by: | Hoey, Stephen D.O. | | |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Davis, Christopher APRN/FNP-C on 10/21/2016 10:25

Ex S-f



Federal
Bureau of
Prisons

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** WILLIAMS, DELVON | **Facility** FCI Williamsburg | **Collected** 10/20/2016 10:21 |
| **Reg #** 60442-018 | **Order Unit** F03    **SPG Unit** | **Received** 10/21/2016 10:30 |
| **DOB** 08/09/1981 | **Provider** Stephen Hoey, DO | **Reported** 10/21/2016 12:04 |
| **Sex** M | | **LIS ID** 294161135 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 140 | 137-148 | mmol/L |
| Potassium | | 4.3 | 3.5-5.0 | mmol/L |
| Chloride | L | 97 | 99-114 | mmol/L |
| CO2 | | 27 | 22-30 | mmol/L |
| BUN | | 13 | 7-22 | mg/dL |
| Creatinine | | 0.75 | 0.66-1.25 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.6 | 8.5-10.9 | mg/dL |
| Glucose | | 101 | 70-110 | mg/dL |
| AST | | 34 | 11-55 | U/L |
| ALT | | 37 | 11-66 | U/L |
| Alkaline Phosphatase | | 87 | 41-133 | U/L |
| Bilirubin, Total | | 0.6 | 0.2-1.3 | mg/dL |
| Total Protein | | 8.0 | 6.0-8.2 | g/dL |
| Albumin | | 4.5 | 3.6-5.1 | g/dL |
| Globulin | | 3.5 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.30 | 1.00-2.30 | |
| Anion Gap | | 15.7 | 9.0-19.0 | |
| BUN/Creat Ratio | | 16.8 | 5.0-30.0 | |
| Phenytoin, Total | *H!* | **22.0** | 10.0-20.0 | ug/mL |

Critical Result verified and called to PA Harrell by CP.
Result read back on 10/21/2016 at 11:03 AM.

| | | | | |
|---|---|---|---|---|
| CRP | | 0.6 | 0.5-0.9 | mg/dL |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| WBC | | 6.2 | 4.3-11.1 | K/uL |
| RBC | | 5.34 | 4.46-5.78 | M/uL |
| Hemoglobin | | 14.7 | 13.6-17.6 | g/dL |
| Hematocrit | | 46.0 | 40.2-51.4 | % |
| MCV | | 86.2 | 82.5-96.5 | fL |
| MCH | | 27.5 | 27.1-34.9 | pg |
| MCHC | L | 31.9 | 33.0-35.0 | g/dL |
| RDW | H | 14.1 | 12.0-14.0 | % |
| Platelet | | 169 | 130-374 | K/uL |
| MPV | | 10.2 | 6.9-10.5 | fL |
| Neutrophils % | | 60.9 | | % |

**FLAG LEGEND**    L=Low    L!=Low Critical    H=High    H!=High Critical    A=Abnormal   A! =Abnormal Critical

Ex 5-C

 **Federal Bureau of Prisons**

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | | |
|---|---|---|---|
| **Name** WILLIAMS, DELVON | **Facility** FCI Williamsburg | | **Collected** 10/20/2016 10:21 |
| **Reg #** 60442-018 | **Order Unit** F03 | **SPG Unit** | **Received** 10/21/2016 10:30 |
| **DOB** 08/09/1981 | **Provider** Stephen Hoey, DO | | **Reported** 10/21/2016 12:04 |
| **Sex** M | | | **LIS ID** 294161135 |

## HEMATOLOGY

Therapeutic decision making should be based on absolute values, rather than percentages

| | | | |
|---|---|---|---|
| Lymphocytes % | 29.1 | | % |
| Monocytes % | 7.6 | | % |
| Eosinophils % | 0.9 | | % |
| Basophils % | 1.5 | | % |
| Neutrophils # | 3.8 | 1.9-6.7 | K/uL |
| Lymphocytes # | 1.8 | 1.3-3.7 | K/uL |
| Monocytes # | 0.5 | 0.3-1.1 | K/uL |
| Eosinophils # | 0.1 | 0.0-0.5 | K/uL |
| Basophils # | 0.1 | 0.0-0.1 | K/uL |

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/21/2016 12:04 | Provider: | Lab Result Receive | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O. on 10/24/2016 07:24.**

Ex 5-E

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M   Race: BLACK | Facility: | WIL |
| Note Date: | 10/21/2016 12:07 | Provider: | Davis, Christopher | Unit: | F03 |

Admin Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:**  Davis, Christopher APRN/FNP-C

        Springfield just called with critical Dilantin level of 22.  Drawn yesterday.  This was the same day the labcorp
        lab was called.
        Inmate has still not reported. Will call for him again.

**Other:**

        Dr Hoey made aware of new lab.  He was already aware of the 40s Dilantin level

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Davis, Christopher APRN/FNP-C on 10/21/2016 12:10

Ex 6-A

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M     Race:BLACK | Facility: | WIL |
| Note Date: | 10/21/2016 13:09 | Provider: | Davis, Christopher | Unit: | F03 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Davis, Christopher APRN/FNP-C

Inmate has been over head paged but still not come to medical.

Officer called.

**Copay Required:** No                **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Davis, Christopher APRN/FNP-C on 10/21/2016 13:10

Ex 6-B

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: M   Race: BLACK | Facility: | WIL |
| Encounter Date: | 10/21/2016 14:03 | Provider: Davis, Christopher | Unit: | F03 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          **Provider:** Davis, Christopher APRN/FNP-C
    **Chief Complaint:** Other Problem
    **Subjective:**     Inmate arrived to discuss elevated Dilantin level.
    **Pain:**            No

**OBJECTIVE:**

**Comments**
    Inmate comes to medical , won't take ear plugs out.

    Inmate denies any problems other than wanting his ears cleaned.

    Says has been somewhat dizzy lately but associates with ears.

    Not ataxic. Alert and oriented x 3.

    Advised of plan to hold Dilantin over weekend, change to pill line and follow up with lab testing.

**ASSESSMENT:**

  Seizure disorder, other convulsions, 780.39 - Current

**PLAN:**

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests-P-Phenytoin, Total | One Time | 10/27/2016 00:00 | Routine |
|    **Labs requested to be reviewed by:** | Hoey, Stephen D.O. | | |

**Disposition:**
    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 10/21/2016 | Counseling | Access to Care | Davis, Christopher | Verbalizes Understanding |

Ex 6-C

| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
|---|---|---|---|---|---|
| Date of Birth: | 08/09/1981 | Sex: | M   Race:  BLACK | Facility: | WIL |
| Encounter Date: | 10/21/2016 14:03 | Provider: | Davis, Christopher | Unit: | F03 |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Davis, Christopher APRN/FNP-C on 10/21/2016 14:05

Ex 6-D

From:              ^!"WILLIAMS, ^!DELVON LAMAR" <60442018@inmatemessage.com>
To:
Date:              10/24/2016 12:21 PM
Subject:           ***Request to Staff*** WILLIAMS, DELVON, Reg# 60442018, WIL-F-B

To: Mr.Davis are whoever in control
Inmate Work Assignment: Hvac2

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the
subject line.
e496f6f0-5d12-4a63-8026-97b83f2327e1
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL
NOT be delivered to the inmate.

***Inmate Message Below***


I had a seizure Thrusday at work you all drew my blood said my blood was a 44 said the last time it was a
22 that was high also so why didn't yall do something about the medication then when it was 22 now yall
take the medication away from me until Tuesday am and now yall want me to go to pill line in the am and
afternoon after something yall knew was wrong when my levels were 22 now with me going to pill line in
the am and me already having Vergo a dizziness that medicine that I am taking don't work right off hand
so you mean to tell me I have to do something because of something you all could have pervented that's
crazy very crazy and why would yall take my meds away from me for yall mistakes that's dumb need a
respond ASAP!!


Your Seizure Medication is

Now pill Line

                                    CЗ  10/27/16

                    C Davis APRN
                    FCI/SCP
                    Williamsburg SC

EX 7

From:        ^!"WILLIAMS, ^!DELVON LAMAR' <60442018@inmatemessage.com>
To:
Date:        10/31/2016 5:19 PM
Subject:     ***Request to Staff*** WILLIAMS, DELVON, Reg# 60442018, WIL-F-B

To: Mr.Davis
Inmate Work Assignment: Hvac2

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the
subject line.
d186e770-02c4-48f6-9a88-14b9cc9021cf
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL
NOT be delivered to the inmate.

***Inmate Message Below***


You send me a respond back that we already knew I'm talking about yall knew my levels were high and
didn't do anything until I had a seizure you ain't tell me why was i not look at until i had a seizure and why
I'm on pill line for something yall did that ain't nothing to do with me if yall would have looked at me when
the were high at first maybe i wouldn't have had the seizure i know you don't care but it's your job i trying
to go home alive not dead like the rest of coyu respond back telling me my meds at pill line we already
knew that I told you that so what was the reason you writing that??????????????????????????????????

Not sure what this says or
means. Your level was High, you
were notified & Treatment planned.
We cetainly wish you to Go Home
Alive. Your Mediatien is AT pill
Line —
            CZ  11/1/16

C. Davis APRN
FCI SCP
Williamsburg SC

Ex 8



**Federal Bureau of Prisons**

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** WILLIAMS, DELVON | **Facility** FCI Williamsburg | **Collected** 05/01/2017 09:13 |
| **Reg #** 60442-018 | **Order Unit** F03      **SPG Unit** | **Received** 05/02/2017 11:40 |
| **DOB** 08/09/1981 | **Provider** Christopher Davis, APRN/FNP-C | **Reported** 05/02/2017 13:58 |
| **Sex** M | | **LIS ID** 088171065 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Phenytoin, Total | *H!* | *20.8* | 10.0-20.0 | ug/mL |

Critical Result verified and called to Tony Borck by JP.
Result read back on 5/2/2017 at 12:58 PM.

---

**FLAG LEGEND**      L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/02/2017 14:06 | | Provider: | Lab Result Receive | Facility: | WIL |

**Reviewed by Davis, Christopher APRN/FNP-C on 05/03/2017 08:14.**

Ex 10-B

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/02/2017 14:06 | Provider: | Lab Result Receive | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O. on 05/03/2017 08:41.**

Ex 10-C

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex:   M   Race:   BLACK | Facility: | WIL |
| Encounter Date: | 07/02/2017 19:00 | Provider:   Rosario, Nair RN | Unit: | F03 |

Nursing - Evaluation encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT   1**        **Provider:** Rosario, Nair RN

**Chief Complaint:** NEUROLOGY

**Subjective:**   Received radio inmate having seizures on housing unit.

**Pain:**   Not Applicable

## OBJECTIVE:

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well

## ASSESSMENT:

Seizure Activity

Small seizure activity witness by other inmate.  By the time I arrived at the unit inmate was sitting trying to eat, was confused but able to follow commands properly inmate walked downstairs and was brought to HSU for a neuro check; eyes PERRLA, normal coordination and strength, A & O x 3, speaking in full sentences. Notify Dr. Hoey via telephone; verbal order to gave an additional dose of prescribed Dilantin susp. 125mg/5ml and report in am to be seen by provider. Inmate took additional dose and was escorted back to his unit, instructed to returned in am.

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Phenytoin Oral Susp 125 MG/5ML | 07/02/2017 19:00 | 9 ml Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only |

**Start Now:** Yes

**Night Stock Rx#:**

**Source:** Sub Stock Location

**Admin Method:** Pill Line

**Stop Date:** 07/02/2017 19:11

**MAR Label:** 9 ml Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only

**One Time Dose Given:** Given Now

## Disposition:

To be Evaluated by Provider

Discharged to Housing Unit-No Restrictions

Follow-up in 12-24 Hours

Generated 07/02/2017 20:44 by Rosario, Nair RN        Bureau of Prisons - WIL        Page 1 of 2

Ex 11

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: M | Race: BLACK | Facility: | WIL |
| Encounter Date: | 10/10/2017 19:14 | Provider: | Borck, T. RN | Unit: | F03 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Borck, T. RN

**Chief Complaint:** NEUROLOGY

**Subjective:** Inmate escorted to pill line this evening cell mate states he just had a seizure about 10 minutes ago

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/10/2017 | 19:14 WIL | 97.9 | 36.6 | Oral | Borck, T. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/10/2017 | 19:14 WIL | 77 | Via Machine | | Borck, T. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/10/2017 | 19:14 WIL | 16 | Borck, T. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/10/2017 | 19:14 WIL | 122/84 | Right Arm | Sitting | Adult-large | Borck, T. RN |

**Exam:**

**Neurologic**

**Motor System-General**
Yes: Normal Exam

**Coordination**
Yes: Within Normal Limits

**Coordination - Gait**
Yes: Normal Gait

**ASSESSMENT:**

Seizure Activity

Inmate escorted by another inmate to pill line, cell mate states inmate had a seizure about 10 minutes ago. Inmate slightly groggy, gave inmate PM dose of pill line medications.

Sat inmate in lobby and completed pill line.

Inmate's vitals within normal limits. During assessment inmate states he had two seizures today. Inmate states these seizures feel different. Inmate states prior to today he was able to tell when they were about to come on, but now it is as if I just slip off into a seizure. Inmate states it used to take quite a while to really come out of the seizure back to 100%. Inmate states now it's all over in about 15 minutes from start to finish. Consulted MD with order received.

Ex 13


**Federal
Bureau of
Prisons**

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| Name  WILLIAMS, DELVON | Facility   FCI Williamsburg | Collected 10/23/2017 08:33 |
| Reg #  60442-018 | Order Unit F03      SPG Unit | Received 10/24/2017 10:31 |
| DOB    08/09/1981 | Provider  Stephen  Hoey, DO | Reported 10/24/2017 13:01 |
| Sex    M | | LIS ID     286171048 |

## CHEMISTRY

| Test | Flag | Value | Range | Units |
|---|---|---|---|---|
| Sodium | | 141 | 137-148 | mmol/L |
| Potassium | | 4.1 | 3.5-5.0 | mmol/L |
| Chloride | | 100 | 99-114 | mmol/L |
| CO2 | | 30 | 22-30 | mmol/L |
| BUN | | 15 | 7-22 | mg/dL |
| Creatinine | | 0.78 | 0.66-1.25 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Value | Range | Units |
|---|---|---|---|---|
| Calcium | | 9.5 | 8.5-10.9 | mg/dL |
| Glucose | | 90 | 70-110 | mg/dL |
| AST | | 36 | 11-55 | U/L |
| ALT | | 45 | 11-66 | U/L |
| Alkaline Phosphatase | | 74 | 41-133 | U/L |
| Bilirubin, Total | | 0.4 | 0.2-1.3 | mg/dL |
| Total Protein | | 7.4 | 6.0-8.2 | g/dL |
| Albumin | | 4.2 | 3.6-5.1 | g/dL |
| Globulin | | 3.2 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.30 | 1.00-2.30 | |
| Anion Gap | | 10.8 | 9.0-19.0 | |
| BUN/Creat Ratio | | 19.0 | 5.0-30.0 | |
| Phenytoin, Total | | 11.0 | 10.0-20.0 | ug/mL |
| Valproic Acid, Total | L | 22.4 | 50.0-100.0 | ug/dL |

## HEMATOLOGY

| Test | Flag | Value | Range | Units |
|---|---|---|---|---|
| WBC | L | 3.5 | 4.3-11.1 | K/uL |
| NRBC% | | 0.0 | | % |
| RBC | | 5.43 | 4.46-5.78 | M/uL |
| Hemoglobin | | 14.5 | 13.6-17.6 | g/dL |
| Hematocrit | | 44.2 | 40.2-51.4 | % |
| MCV | L | 81.4 | 82.5-96.5 | fL |
| MCH | L | 26.7 | 27.1-34.9 | pg |
| MCHC | L | 32.8 | 33.0-37.0 | g/dL |
| RDW-CV | | 13.0 | 12.0-14.0 | % |
| Platelet | | 152 | 130-374 | K/uL |
| MPV | H | 12.8 | 6.9-10.5 | fL |
| Neutrophils % | | 47.6 | | % |

Therapeutic decision making should be based on absolute values, rather than percentages

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

Ex 14

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex:    M    Race: BLACK | Facility: | WIL |
| Note Date: | 11/29/2017 14:39 | Provider:  Davis, Christopher | Unit: | F03 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        **Provider:** Davis, Christopher APRN/FNP-C
order ahead of note

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Valproic Acid Syrup 250MG/5ML | 11/29/2017 14:39 | 15 ml Orally -  Two Times a Day x 365 day(s) Pill Line Only |

**Indication:** Seizure disorder, other convulsions
**Start Now:** Yes
**Night Stock Rx#:**
**Source:** Pyxis
**Admin Method:** Pill Line
**Stop Date:** 11/29/2018 14:38
**MAR Label:** 15 ml Orally -  Two Times a Day x 365 day(s) Pill Line Only
**One Time Dose Given:** No

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 112183-WIL | *Valproic Acid Syrup 50 MG/ML, 480 ML* | *11/29/2017 14:39* | *take 8.5mL by mouth twice daily ***pill line**** |

**Discontinue Type:**    *When Pharmacy Processes*
**Discontinue Reason:** *new order written*
**Indication:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-P-Phenytoin, Total | One Time | 01/02/2018 00:00 | Routine |
| Lab Tests-V-Valproic Acid, Total | | | |

**Labs requested to be reviewed by:**        Hoey, Stephen D.O.

**Copay Required:** No        **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Davis, Christopher APRN/FNP-C on 11/29/2017 14:41
Requested to be cosigned by  Hoey, Stephen D.O..
Cosign documentation will be displayed on the following page.

Ex 15

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: 08/09/1981 | Sex: M  Race: BLACK | Facility: | WIL |
| Encounter Date: 12/04/2017 06:56 | Provider: Davis, Christopher | Unit: | F03 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Davis, Christopher APRN/FNP-C

   **Chief Complaint:** NEUROLOGY

   **Subjective:**   Late entry, from last week

   Went to rec as inmate had a sz.  On arrival he was alert and oriented x 3.  Brought to medical until he felt better.

   **Pain:**   Staff say he did not hit his head
   No

---

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/04/2017 | 06:57 WIL | 99.1 | 37.3 | | Davis, Christopher APRN/FNP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/04/2017 | 06:57 WIL | 96 | | | Davis, Christopher APRN/FNP- |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/04/2017 | 06:57 WIL | 16 | Davis, Christopher APRN/FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/04/2017 | 06:57 WIL | 114/80 | | | | Davis, Christopher APRN/FNP- |

**Exam:**
   **General**
      **Appearance**
         Yes: Appears Well, Alert and Oriented x 3
   **Skin**
      **General**
         Yes: Within Normal Limits, Dry
   **Pulmonary**
      **Auscultation**
         Yes: Clear to Auscultation
   **Cardiovascular**
      **Auscultation**
         Yes: Regular Rate and Rhythm (RRR)

**Exam Comments**
   No trauma
   Inmate alert and oriented.  Feels better before discharge

Ex 16-A

| | | | |
|---|---|---|---|
| Inmate Name:   WILLIAMS, DELVON LAMAR | | Reg #:   60442-018 | |
| Date of Birth:   08/09/1981 | Sex:   M   Race:   BLACK | Facility:   WIL | |
| Encounter Date:   12/04/2017 06:56 | Provider:   Davis, Christopher | Unit:   F03 | |

**ASSESSMENT:**

Seizure disorder, other convulsions, 780.39 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/04/2017 | Counseling | Access to Care | Davis, Christopher | Verbalizes Understanding |

**Copay Required:** No            **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Davis, Christopher APRN/FNP-C on 12/04/2017 06:59

Ex   16 - B

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex:     M     Race:BLACK | Facility: | WIL |
| Note Date: | 12/20/2017 14:52 | Provider:   Davis, Christopher | Unit: | C03 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:**  Davis, Christopher APRN/FNP-C

        Dilantin and valproic acid low

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Clinical Encounter | 12/31/2017 00:00 | MLP 03 |
| Dilantin and valproic acid low | | |

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Davis, Christopher APRN/FNP-C on 12/20/2017 14:53
Requested to be reviewed by  Ortiz, Angel MD/SERO Medical Director.
Review documentation will be displayed on the following page.


Ex 17

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M    Race:BLACK | Facility: | WIL |
| Note Date: | 02/01/2018 12:14 | Provider: | Hoey, Stephen D.O. | Unit: | C03 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Hoey, Stephen D.O.

        Reviewed e-MAR; pt compliant with med regimen on pill-line, & no seizures reported. Will advance to KOP;

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Phenytoin Oral Susp 125 MG/5ML | 02/01/2018 12:14 | 8.5 mL Orally  -  Two Times a Day x 365 day(s) -- may have KOP; per PharmD. restrictions |

        **Indication:** Seizure disorder, other convulsions
        **Start Now:** Yes
            **Night Stock Rx#:**
            **Source:** Sub Stock Location
            **Admin Method:** Self Administration
            **Stop Date:** 02/01/2019 12:13
            **MAR Label:** 8.5 mL Orally  -   Two Times a Day x 365 day(s) -- may have KOP; per PharmD.
                restrictions
            **One Time Dose Given:** No

| | | | |
|---|---|---|---|
| | Valproic Acid Syrup 250MG/5ML | 02/01/2018 12:14 | 15 mL Orally  -  Two Times a Day x 365 day(s) -- May have KOP; per PharmD. restrictions |

        **Indication:** Seizure disorder, other convulsions
        **Start Now:** Yes
            **Night Stock Rx#:**
            **Source:** Sub Stock Location
            **Admin Method:** Self Administration
            **Stop Date:** 02/01/2019 12:13
            **MAR Label:** 15 mL Orally  -   Two Times a Day x 365 day(s) -- May have KOP; per PharmD.
                restrictions
            **One Time Dose Given:** No

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 02/16/2018 00:00 | Routine |
| Lab Tests-P-Phenytoin, Total | | | |
| Lab Tests-V-Valproic Acid, Total | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

Ex 18

| | | | |
|---|---|---|---|
| Inmate Name: WILLIAMS, DELVON LAMAR | | | Reg #: 60442-018 |
| Date of Birth: 08/09/1981 | Sex: M | Race: BLACK | Facility: WIL |
| Encounter Date: 03/03/2018 12:51 | Provider: Borck, T. RN | | Unit: E03 |

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Valproic Acid Liquid 250 MG/5ML | 03/03/2018 12:51 | 15 ml Orally  -  Two Times a Day x 30 day(s) Pill Line Only |

    **Indication:** Seizure disorder, other convulsions
    **Start Now:** Yes
        **Night Stock Rx#:**
        **Source:** Sub Stock Location
        **Admin Method:** Pill Line
        **Stop Date:** 04/02/2018 12:50
        **MAR Label:** 15 ml Orally  -  Two Times a Day x 30 day(s) Pill Line Only
        **One Time Dose Given:** No

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 114619-WIL | *Phenytoin Oral Susp 125 MG/5ML, 237ML* | 03/03/2018 12:51 | *take 8.5mL by mouth twice daily ***self carry**** |

    **Discontinue Type:**     *Immediate*
    **Discontinue Reason:** *new order written*
    **Indication:**

| | | | |
|---|---|---|---|
| 114620-WIL | *Valproic Acid Syrup 50 MG/ML, 480 ML* | 03/03/2018 12:51 | *take 15mL by mouth twice daily ***self carry**** |

    **Discontinue Type:**     *Immediate*
    **Discontinue Reason:** *new order written*
    **Indication:**

**Disposition:**

    Follow-up at Sick Call as Needed
    Discharged to Housing Unit-No Restrictions

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/03/2018 | Counseling | Compliance - Treatment | Borck, T. | Verbalizes Understanding |

    Come to pill line twice daily until switched to self carry

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  Yes    **By:** Hoey, Stephen D.O.
**Telephone or Verbal order read back and verified.**


Completed by Borck, T. RN on 03/03/2018 13:03
Requested to be cosigned by  Hoey, Stephen D.O..
Cosign documentation will be displayed on the following page.

Ex 19

# Williamsburg Regional Hospital

500 Nelson Boulevard, Kingstree, SC 29556
(ph)843-355-0143 (fax)843-355-0114
Medical Director:  Dr. Kenneth Reis CLIA #42D0251871

Patient: **WILLIAMS, DELVIN**
DOB: 08/09/1981   Age: 36ycas Sex: M
Med Rec #: 117360   Account #:21024948   Admit Date:04/03/18

Location: OUT   Room:   Bed:
Admit Physician: HOEY,STEPHEN
Order Physician: HOEY,STEPHEN

Collected:  04/03/18 @ 09:15  RN

Accn:  **180403141**

| Test | Flag | Result | Reference Range/Units | Result Date/Time |
|------|------|--------|----------------------|------------------|

## CHEMISTRY

| Test | Flag | Result | Reference Range/Units | Result Date/Time |
|------|------|--------|----------------------|------------------|
| Phenytoin (Dilantin) | LO | 8.5 | 10.0 - 20.0 ug/mL | 04/03/18  16:04  SPAPPA |
| Valproic Acid (Depakene) | | 56.8 | 50.0 - 100.0 ug/mL | 04/03/18  16:04  SPAPPA |

Legend
High = HI   Low = LO   Critical = CR   Abnormal = AB   Extreme = XT

WILLIAMS, DELVIN          Location:   OUT

Printed:   04/03/2018 @ 16:10
Page: 1 of 1

**DOCTOR COPY - FINAL**

EX 20-A

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/04/2018 12:39 | Provider: | Lab Result Receive | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 04/05/2018 09:18.**

Ex 20-B

 Federal Bureau of Prisons

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

**\*\*\* Sensitive But Unclassified \*\*\***

| | | | | |
|---|---|---|---|---|
| **Name** WILLIAMS, DELVON | **Facility** FCI Williamsburg | | **Collected** 04/18/2018 08:37 | |
| **Reg #** 60442-018 | **Order Unit** E03 | **SPG Unit** | **Received** 04/19/2018 10:33 | |
| **DOB** 08/09/1981 | **Provider** Stephen Hoey, DO | | **Reported** 04/19/2018 13:24 | |
| **Sex** M | | | **LIS ID** 095181185 | |

| CHEMISTRY | | | |
|---|---|---|---|
| Phenytoin, Total | 11.2 | 10.0-20.0 | ug/mL |
| Valproic Acid, Total | 77.8 | 50.0-100.0 | ug/mL |

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

 Ex 21-A

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/19/2018 14:00 | Provider: | Lab Result Receive | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 04/19/2018 14:32.**

Ex - 21

 Federal
Bureau of
Prisons

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | | |
|---|---|---|---|
| **Name** WILLIAMS, DELVON | **Facility** FCI Williamsburg | | **Collected** 05/07/2018 10:02 |
| **Reg #** 60442-018 | **Order Unit** E03 **SPG Unit** | | **Received** 05/08/2018 10:10 |
| **DOB** 08/09/1981 | **Provider** Christopher Davis, APRN/FNP- | | **Reported** 05/08/2018 12:22 |
| **Sex** M | C | | **LIS ID** 127181175 |

| CHEMISTRY | | | |
|---|---|---|---|
| Phenytoin, Total | 13.9 | 10.0-20.0 | ug/mL |
| Valproic Acid, Total | 64.5 | 50.0-100.0 | ug/mL |

| HEMATOLOGY | | | | |
|---|---|---|---|---|
| WBC | | 4.4 | 4.3-11.1 | K/uL |
| RBC | | 5.30 | 4.46-5.78 | M/uL |
| Hemoglobin | | 15.1 | 13.6-17.6 | g/dL |
| Hematocrit | | 45.1 | 40.2-51.4 | % |
| MCV | | 85.1 | 82.5-96.5 | fL |
| MCH | | 28.5 | 27.1-34.9 | pg |
| MCHC | | 33.5 | 33.0-37.0 | g/dL |
| RDW-CV | | 13.3 | 12.0-14.0 | % |
| Platelet | | 169 | 130-374 | K/uL |
| MPV | H | 12.4 | 6.9-10.5 | fL |

**FLAG LEGEND**    L=Low   L!=Low Critical    H=High   H!=High Critical    A=Abnormal   A! =Abnormal Critical

Ex 22-A

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/08/2018 12:47 | Provider: | Lab Result Receive | Facility: | WIL |

**Reviewed by Davis, Christopher APRN/FNP-C on 05/08/2018 13:38.**

Ex 22-B

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/08/2018 12:47 | Provider: | Lab Result Receive | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 05/08/2018 14:46.**

Ex 22-C

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #:  60442-018                          Inmate Name:  WILLIAMS, DELVON LAMAR

## Housing Status

\_\_ confined to the living quarters except  \_\_meals   \_\_pill line   \_\_treatments   Exp. Date: _____

\_\_ on complete bed rest:   \_\_bathroom privileges only                    Exp. Date: _____

\_\_cell:   \_\_cell on first floor   \_\_single cell   \_\_lower bunk   \_\_airborne infection isolation   Exp. Date: _____

\_\_ other: _____   Exp. Date: _____

## Physical Limitation/Restriction

\_\_ all sports                                             Exp. Date: _____

\_\_ weightlifting:   \_\_upper body   \_\_lower body             Exp. Date: _____

\_\_ cardiovascular exercise:  \_\_running   \_\_jogging   \_\_walking   \_\_softball   Exp. Date: _____
                         \_\_football   \_\_basketball   \_\_handball   \_\_stationary equipment

\_\_ other: _____   Exp. Date: _____

## May have the following equipment in his / her possession:

## Work Restriction / Limitation:

Cleared for Food Service:   Yes_____

Restriction _____   Expiration Date
Sedentary Work Only                                        08/11/2018

**Comments:**  N/A

_____**Davis, Christopher APRN/FNP-C**_____   05/11/2018
Health Services Staff                                        Date

Inmate Name: \_\_\_\_**WILLIAMS, DELVON LAMAR**\_\_\_\_   Reg #: \_\_**60442-018**\_\_   Quarters: \_\_**A01**\_\_

*ALL EXPIRATION DATES ARE AT 24:00*

Ex 23

# Bureau of Prisons
# Health Services
# Inmate  Local  Hospital

| | |
|---|---|
| **Reg #:**  60442-018 | **Inmate Name:**  WILLIAMS, DELVON LAMAR |

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To:  WRH                                           Transfer Date:  05/14/2018

## Health Problems

| Health Problem | Status |
|---|---|
| Dental caries, unspecified | Current |
| Seizure disorder, other convulsions | Current |
| Cannabis Use Disorder, Severe | Current |
| Stimulant Related Disorders: Severe: Cocaine | Current |
| Impacted cerumen | Current |
| Other peripheral vertigo | Current |
| He still has mild vertigo Increase his meclizine to 25 mg BID | |
| Dizziness and giddiness | Current |
| labyrinthitis | |
| Foreign body in other or multiple sites | Remission |
| Disturbances in tooth eruption | Remission |

**Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated.
Bolded drugs required for transport.**

**Meclizine HCl 25 MG Tab  Exp: 05/16/2018  SIG: Take one tablet (25 MG) by mouth three times daily for 7
days**
**Phenytoin Oral Susp 125 MG/5ML, 237ML  Exp: 05/09/2019  SIG: Take 9ml by mouth twice daily ***self
carry****
**Valproic Acid Syrup 50 MG/ML, 480 ML  Exp: 11/05/2018  SIG: Take 15ml by mouth twice daily ***self carry****

**OTCs:  Listing of all known OTCs this inmate is currently taking.**
None

## Pending Appointments

| Date | Time | Activity | Provider |
|---|---|---|---|
| 08/24/2018 | 00:00 | Chronic Care Visit | Physician 01 |
| 09/22/2018 | 00:00 | PPD Administration | Nurse |

**TB Clearance:  Yes**

| | | | |
|---|---|---|---|
| Last PPD Date: 09/22/2017 | | Induration: 0mm | |
| Last Chest X-Ray Date: | | Results: | |
| TB Treatment: | | Sx free for 30 days: Yes | |
| TB Follow-up Recommended: No | | | |

**Sickle Cell:**
Sickle Cell Trait/Disease:   No

**Limitations/Restrictions/Diets:**
Cleared for Food Service: Yes
Sedentary Work Only --- 08/11/2018

**Comments:**


**Allergies**
No Known Allergies

**Devices / Equipment**
No Data Found

Ex 24-A

| Reg #:  60442-018 | Inmate Name:  WILLIAMS, DELVON LAMAR |
|---|---|

SENSITIVE BUT UNCLASSIFIED -- This information is confidential and must be appropriately safeguarded.

**Travel:**
Direct Travel: No
Travel Restrictions:  None

**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

Transfer From Institution:  WILLIAMSBURG FCI          Phone Number: 8433879400
Address 1:  8301 HIGHWAY 521
Address 2:
City/State/Zip:  SALTERS, South Carolina 29590

Name/Title of Person Completing Form:  Davis, Christopher APRN/FNP-C          Date:  05/14/2018

Inmate Name:  WILLIAMS, DELVON LAMAR          Reg #:  60442-018   DOB:  08/09/1981   Sex:   M

Ex 24 - B

# *Medical Record*

# *Williamsburg Regional Hospital*

*Name:* **WILLIAMS, DELVON L**

*Allergies:*

## Patient Details:

| | | |
|---|---|---|
| *Patient Name.* WILLIAMS, DELVON L | | *Admission Date:* 05/14/2018 15:11 |
| *VisitNum:* 21027386 | *Med Record Num:* 117360 | |
| *Room/Bed:* 103-1 | *Patient Type:* A | *AKA:* |
| *Gender:* Male | *Patient Status:* IA | *Marital Status:* S | *Race:* B |
| *Pt Age:* 36 y | *Adm. Source:* 2 | *Arrival Source:* | *Veteran:* |
| *Pt Birthdate:* 08/09/1981 | *Adm. Priority:* 2 | *Hospital Service:* MED | *Organ Donor:* |
| *Financial Class:* Commercial Insurance ( COM ) | | *Religion:* | *Living Will:* |
| *Pt. Phone:* (843)387-9400 | | *Church:* |
| *Pt. Address:* CO FCI WILLIAMSBURG 8301 US HWY 521 Salters, SC 29590 | | |
| *Temp Address:* | | |
| *Employer:* | *Occupation:* | *Emp. Phone:* |
| *Employer Address:* | | |
| | *Admitting Dr.:* Gamble, Troy MD | *Code:* 1148 |
| | *Attending Dr.:* Gamble, Troy MD | *Code:* 1148 |
| *MRSA:* | | |
| *Accident Location:* | *Accident Code:* | *Accident Dt/Tm:* |

## Diagnosis List:

## Procedure List:

## Guarantor Information:

| | | |
|---|---|---|
| *Name:* Williams, Delvon L | *Phone:* (843)387-9400 | |
| *Address:* CO FCI WILLIAMSBURG 8301 US HWY 521 Salters, SC 29590 | | |
| *DOB:* 08/09/1981 | *Gender:* Male | *Relationship:* Self | *Occupation:* |
| *Employer:* | | *Emp. Phone:* |
| *Employer Address:* | | |

## Nearest Relative:

| | | |
|---|---|---|
| *Name:* Fci Williamsburg | *Relationship:* Other Relationship | |
| *Phone:* (843)387-9400 | *Work Phone:* | *Ext:* |
| *Address:* 8301 US HWY 521 Salters, SC 29590 | | |

## Insurance Information:

| | | |
|---|---|---|
| *COB:* 1 *insurance Name:* UNDEFINED PLAN | | *Phone:* |
| *Mail Claim To:* Seven Corners- Prison Division | | |
| *Address:* Bureau Of Prisons Division PO Box 3384 Carmel, IN 460823384 | | |
| *Authorization:* | *Policy:* 60442-018 | *Group:* | *Payor ID:* |
| *Subscriber:* Williams, Delvon L | | *Relationship:* Self | *Phone:* |
| *Address:* | | |

---

*Visit No.:* 21027386 — WILLIAMS, DELVON L

*Viewed/Printed on:*
05/17/2018 09:33

Williams, Delvon #60442-018 FCI WILLIAMSBURG SALTERS SC 29590

EX 25-A

Medical Record
Visit No.: 21027386

Williamsburg Regional Hospital
WILLIAMS, DELVON L

General: Alert and oriented to time, place and name, No acute distress.
Cardiovascular: Regular rate and rhythm, S1S2 normal. No murmurs, rubs or gallops. No jugular venous distention. Point of maximal impact nondisplaced. Capillary refill less than 3 seconds.
Pulmonary: Clear to auscultation, no rales, rhonchi or wheezes.Chest rise symetrical bilaterally.
Abdomen: Soft, non-distended, normoactive bowel sounds, no tenderness, rebounding or guarding. No costavertebral angle tenderness, No hepatosplenomegaly note. No masses palpated.
Extremities: No cyanosis, clubbing or edema noted. All pulses palpable.

### Impression and Plan
*Created by GAMBLE, TROY B at 05/16/2018 09:29*

Impression: 1. Ataxic gait due to Dilantin toxicity.
2. Gingival hyperplasia due to his Dilantin.
3. Seizure disorder.
4. Status-post remote gunshot wound to the abdomen.
5. Status-post remote right leg fracture.

Plan: 1. Continue to hold Dilantin. We are stopping this in favor of Keppra due to gingival hyperplasia
2. Discharge in the am if does will with increase in Keppra dose and elimination of Dilantin.
Laboratory Comments: Dilantin level-21.1 Valproate up to 44.2.
Laboratory Results (last resulted): Albumin: (05/14/2018 14:15)4.2 g/dL BUN: (05/16/2018 06:26)9 mg/dL Calcium: (05/16/2018 06:26)8.4 mg/dL Creatinine: (05/16/2018 06:26)0.7 mg/dL Hematocrit: (05/16/2018 06:26)39.7 % Hemoglobin: (05/16/2018 06:26)13.9 g/dL Potassium: (05/16/2018 06:26)4 mmol/L Sodium: (05/16/2018 06:26)142 mmol/L Total Protein: (05/14/2018 14:15)7.5 g/dL Platelet Count: (05/16/2018 06:26)131 10*3/uL CMP: (05/14/2018 14:15)137 mmol/L Urinalysis: (05/14/2018 14:36)Clean Catch Urine BMP: (05/16/2018 06:26)142 mmol/L

---

### Physician H & P Narrative

Date/Time Performed:05/14/2018 16:43
Date/Time Charted:05/14/2018 16:43                Charted By:CHRISTY, MICHELLE
Status:Sig. Required

### Admission History and Physical
*Created by CHRISTY, MICHELLE at 05/14/2018 16:43*
DELVON WILLIAMS
MR#117360

DATE OF ADMISSION: 5-14-18

CHIEF COMPLAINT: Unsteady gait.

HISTORY OF PRESENT ILLNESS: Delvon Williams is a 36 year-old prisoner from the Williamsburg Federal Penitentiary who started apparently a week or so ago with unsteady gait. He had a Dilantin level and valproic acid level at that time which were therapeutic. However, he has progressively gotten worse over the last several days and was sent to the Emergency Room for further evaluation and treatment. In the Emergency Room, his Dilantin level was 35.4 which is toxic with 10-20 being normal and his valproic acid level was 25.7 which is now subtherapeutic with 50-100 being therapeutic. His magnesium was 2.0. His sodium was 137, potassium 4.2, chloride 101, CO2 30, glucose 84, BUN 14, creatinine 0.66. Liver profile completely normal. White count 4.2, hemoglobin 15.0, hematocrit 43.6, platelet count 157,000, MCV 82.0. I was asked to admit him for further evaluation and treatment.

---

Visit No.: 21027386                                                    WILLIAMS, DELVON L

*Williamsburg Regional Hospital, 500 Nelson Blvd, Kingstree, SC 29556XXXXXXXXXXXXXXXX*

Williams, Delvon #60442-018 FCI WILLIAMSBURG SALTERS SC 29590

Ex 25-B

Medical Record
Visit No.: 21027386

Williamsburg Regional Hospital
WILLIAMS, DELVON L

PAST MEDICAL HISTORY: is remarkable for a gunshot wound to the abdomen. He lost some small bowel apparently with that. He has a history of seizure disorder and also has broken his right leg.

FAMILY HISTORY: As far as he knows, both parents are alive and well.

SOCIAL HISTORY: He does not smoke or drink since he has been prison and he has been in prison for 4 years.

MEDICATIONS: on admission include Meclizine 25 mg t.i.d., Dilantin 125 mg 9 ml b.i.d., Valproic Acid 15 ml b.i.d.

ALLERGIES: None known.

REVIEW OF SYSTEMS: is otherwise negative on a 10 system review.

PHYSICAL EXAMINATION:
VITAL SIGNS: on admission include temperature 98.2, blood pressure 129/92, pulse 78, respiratory rate 16.
GENERAL: He is a well developed, well nourished male in no acute distress.
HEENT EXAM: PERRL. EOMI. Sclerae are non-icteric. Tympanic membranes are normal. Throat is clear without lesions or exudates. He has gold caps over many of his teeth. There is marked gingival hyperplasia noted. Neck is supple without thyromegaly or bruits.
CARDIAC EXAM: reveals a regular rate and rhythm without murmurs, gallops or clicks.
LUNGS: were clear to auscultation and percussion.
EXAMINATION OF THE ABDOMEN: revealed bowel sounds to be active. No localizing tenderness. No hepatosplenomegaly.
EXTREMITIES: were without edema.
NEUROLOGIC EXAM: Cranial nerves II-XII are intact. No motor deficit. No sensory deficit. It was hard to test for cerebellar signs as he is shackled to the bed.

IMPRESSION:
1. Ataxic gait due to Dilantin toxicity.
2. Gingival hyperplasia due to his Dilantin.
3. Seizure disorder.
4. Status-post remote gunshot wound to the abdomen.
5. Status-post remote right leg fracture.

PLAN: Will admit him now. Will place him on telemetry. Will hold his Dilantin and follow his gait and blood levels. I am going to switch him to Keppra from Dilantin given the gingival hyperplasia and the fact that he is still having seizures. He had one 2 weeks ago by his account. Given the severity of the Dilantin toxicity, I think he will require a minimum of 2-days in house hospital stay.


Troy B. Gamble, MD
TBG/mac

DD: 5-14-18 (1552)
DT: 5-14-18 (1636)

---

**Provider Note Narrative**

Date/Time Performed:05/14/2018 15:39

---

Visit No.: 21027386

WILLIAMS, DELVON L

Williamsburg Regional Hospital, 500 Nelson Blvd, Kingstree, SC 29556 843XXXX8888X

Viewed/Printed on:
05/17/2018 09:33

Page 4 of 6

Williams, Delvon #60442-018 FCI WILLIAMSBURG SALTERS SC 29590




Medical Record
Visit No.: 21027386

Williamsburg Regional Hospital
WILLIAMS, DELVON L

Date/Time Charted:05/14/2018 16:02
Signed Date/Time:05/14/2018 16:02
Provider Comments:I have examined the patient
I have reviewed the medical record
Status:Signed

Charted By:GAMBLE, TROY B
Signed By:GAMBLE, TROY B MD

### Provider Note
Created by GAMBLE, TROY B at 05/14/2018 16:02
ADMIT NOTE (full note dictated)

36 yr old Prison Inmate from Williamsburg Federal Prison admitted with:

1. Ataxic Gait - due to Dilantin Toxicity
2. Gingival Hyperplasia
3. Seizure Disorder
4. S/P remote GSW to Abdomen
5. S/P remote Right Leg Fracture

P:

1. Admit
2. Hold Dilantin and follow gait and level. Monitor on Tele
3. Switch to KEppra from Dilantin given gingival hyperplasia and the fact he is still having seizures

Troy Gamble, MD
1003632

### Progress Note

Date/Time Performed:05/15/2018 08:46
Date/Time Charted:05/15/2018 08:48
Signed Date/Time:05/15/2018 08:48
Provider Comments:I have examined the patient
I have reviewed the medical record
Status:Signed

Charted By:SMITH, C. DORN
Signed By:SMITH, C. DORN MD

### History
Created by SMITH, C. DORN at 05/15/2018 08:48
Vital Signs:

| Date/Time | Temperature | Temperature Site | Systolic BP | Diastolic BP | Pulse | Respiratory Rate | Oxygen Saturation | Room Air or Oxygen |
|---|---|---|---|---|---|---|---|---|
| 5/15/2018 7:34 | 97 F | Oral | 105 mmHG | 76 mmHG | 70 BPM | 18 RR | 98 % | Room Air |
| 5/15/2018 4:00 | 98.3 F | Oral | 106 mmHG | 73 mmHG | 65 BPM | 20 RR | | |
| 5/15/2018 0:00 | 98.7 F | Oral | 92 mmHG | 57 mmHG | 91 BPM | 20 RR | | |
| 5/14/2018 20:00 | 98.1 F | Oral | 112 mmHG | 78 mmHG | 76 BPM | 20 RR | 98 % | Room Air |
| 5/14/2018 16:21 | | | 128 mmHG | 93 mmHG | 76 BPM | 18 RR | 99 % | Room Air |

Visit No.: 21027386

WILLIAMS, DELVON L

Viewed/Printed on:
05/17/2018 09:33

Williams, Delvon #60442-018 FCI WILLIAMSBURG SALTERS SC 29590




Medical Record
*Visit No.: 21027386*

Williamsburg Regional Hospital
WILLIAMS, DELVON L

| 5/14/2018 14:03 | 98.2 F | Oral | 129 mmHG | 92 mmHG | 78 BPM | 16 RR | 98 % | Room Air |
|---|---|---|---|---|---|---|---|---|

Patient's height is 6 ft 1 in (185.42 cm ). Patient's weight obtained by stated. 218 lb (98.88 kg ). Patient's BMI is 28.81. Subjective: Feels better
Has not ambulated.

### Review of Systems
*Created by SMITH, C. DORN at 05/15/2018 08:48*

*No approved charting exists*

### Physical Exam
*Created by SMITH, C. DORN at 05/15/2018 08:48*

Neck: Supple, no adenopathy, masses or jugular venous distention noted. Thyroid and trachea midline.

Cardiovascular: Regular rate and rhythm, S1S2 normal. No murmurs, rubs or gallaps. No jugular venous disention. Point of maximal impact nondisplaced. Capillary refill less than 3 seconds.
Pulmonary: Clear to auscultation, no rales, rhonchi or wheezes.Chest rise symetrical bilaterally.
Abdomen: Soft, non-distended, normoactive bowel sounds, no tenderness, rebounding or guarding. No costavertebral angle tenderness, No hepatosplenomegaly note. No masses palpated.

### Impression and Plan
*Created by SMITH, C. DORN at 05/15/2018 08:48*

Impression: 1. Ataxic gait due to Dilantin toxicity.
2. Gingival hyperplasia due to his Dilantin.
3. Seizure disorder.
4. Status-post remote gunshot wound to the abdomen.
5. Status-post remote right leg fracture.

Plan: Dilantin 24.4
PT consult
Home soon.
Laboratory Results (last resulted): Albumin: (05/14/2018 14:15)4.2 g/dL BUN: (05/15/2018 06:13)13 mg/dL Calcium: (05/15/2018 06:13)8.6 mg/dL Creatinine: (05/15/2018 06:13)0.84 mg/dL Hematocrit: (05/14/2018 14:15)43.6 % Hemoglobin: (05/14/2018 14:15)15 g/dL Potassium: (05/15/2018 06:13)3.7 mmol/L Sodium: (05/15/2018 06:13)135 mmol/L Total Protein: (05/14/2018 14:15)7.5 g/dL Platelet Count: (05/14/2018 14:15)157 10*3/uL CMP: (05/14/2018 14:15)137 mmol/L Urinalysis: (05/14/2018 14:36)Clean Catch Urine BMP: (05/15/2018 06:13)135 mmol/L

---

### End of Report for WILLIAMS, DELVON L
***Note: The following sections are not included in this report : Miscellaneous Documents , Vaccine Administration Record , Medication Record of Activity , Chartings , Reconciliation History , Problems/Plans of Care , Patient Notes , Orders , Results , Flowsheets , Images, Scanned Documents***

*Visit No.: 21027386*                                                            WILLIAMS, DELVON L
*Williamsburg Regional Hospital, 500 Nelson Blvd, Kingstree, SC 29556* XXXXXXXXXXXXXXXX

*Viewed/Printed on:*
*05/17/2018 09:33*                                                                          *Page 6 of 6*

Williams, Delvon #60442-018 FCI WILLIAMSBURG SALTERS SC 29590

Medication Record of Activity Report
Visit No.: 21027386

Williamsburg Regional Hospital
WILLIAMS, DELVON L

| Administration (sorted by date and time) | | |
|---|---|---|
| Medication: | Route/Site: | Administration Information: |
| | SUBCUTANEOUS/AB RIGHT LOWER QUAD | Dose No.: 2 |
| | | Scheduled: 05/15/2018 22:00 |
| | | Administered: 05/15/2018 21:48 |
| | | Admin Dose: 40 MG |
| | | By: Chandler, Scarlett LPN |
| | Scale Comments: | *HIGH ALERT MED DOCUMENT PATIENT TEACHING AT BEDTIME |
| | SUBCUTANEOUS/AB LEFT LOWER QUAD | Dose No.: 3 |
| | | Scheduled: 05/16/2018 22:00 |
| | | Administered: 05/16/2018 21:48 |
| | | Admin Dose: 40 MG |
| | | By: Hill, Debbie RN |
| | Scale Comments: | *HIGH ALERT MED DOCUMENT PATIENT TEACHING AT BEDTIME |
| | | Dose Comments: will not scan using hand held portable scanner, will not scan using hand held portable scanner (Hill, Debbie RN 05/16/2018 21:51) |

**MECLIZINE 25 MG / 1 TAB ORAL TID**
Order No: 2276528
Start: 05/14/2018 18:00
Stop: 05/21/2018 18:00

| | | |
|---|---|---|
| ORAL | Dose No.: | 3 |
| | Scheduled: | 05/15/2018 14:00 |
| | Administered: | 05/15/2018 14:13 |
| | Admin Dose: | 25 MG |
| | By: | Lesesne, Kristen RN |
| Scale Comments: | THREE TIMES A DAY | |
| ORAL | Dose No.: | 4 |
| | Scheduled: | 05/15/2018 18:00 |
| | Administered: | 05/15/2018 17:06 |
| | Admin Dose: | 25 MG |
| | By: | STRONG, AMY LPN |
| Scale Comments: | THREE TIMES A DAY | |
| ORAL | Dose No.: | 5 |
| | Scheduled: | 05/16/2018 10:00 |
| | Administered: | 05/16/2018 09:08 |
| | Admin Dose: | 25 MG |
| | By: | Goss, Lila RN |
| Scale Comments: | THREE TIMES A DAY | |
| ORAL | Dose No.: | 6 |
| | Scheduled: | 05/16/2018 14:00 |
| | Administered: | 05/16/2018 15:59 |
| | Admin Dose: | 25 MG |
| | By: | Goss, Lila RN |
| Scale Comments: | THREE TIMES A DAY | |
| | Dose Comments: | Patient condition prevented at scheduled time. (Goss, Lila RN 05/16/2018 16:00) |



ME0020



21027386

Viewed/Printed on:
05/17/2018 11:03

*PERMANENT CHART COPY*

Page 2 of 4

Williams, Delvon #60442-018 FCI WILLIAMSBURG SALTERS SC 29590

EX 26-A

Medication Record of Activity Report
Visit No.: 21027386

Williamsburg Regional Hospital
WILLIAMS, DELVON L

| Administration (sorted by date and time) | | |
|---|---|---|
| Medication: | Route/Site: | Administration Information: |

| | ORAL | Dose No.: | 7 |
|---|---|---|---|
| | | Scheduled: | 05/16/2018 18:00 |
| | | Administered: | 05/16/2018 18:06 |
| | | Admin Dose: | 25 MG |
| | | By: | Goss, Lila RN |
| | Scale Comments: | THREE TIMES A DAY | |
| | ORAL | Dose No.: | 8 |
| | | Scheduled: | 05/17/2018 10:00 |
| | | Administered: | 05/17/2018 09:19 |
| | | Admin Dose: | 25 MG |
| | | By: | Goss, Lila RN |
| | Scale Comments: | THREE TIMES A DAY | |

VALPROATE LIQ UDC 250 MG / 5 ML ORAL BID
Order No: 2276538
Start: 05/14/2018 22:00
Stop: 05/28/2018 22:00

| | ORAL | Dose No.: | 3 |
|---|---|---|---|
| | | Scheduled: | 05/15/2018 22:00 |
| | | Administered: | 05/15/2018 21:49 |
| | | Admin Dose: | 750 MG |
| | | By: | Chandler, Scarlett LPN |
| | Scale Comments: | TWICE A DAY | |
| | ORAL | Dose No.: | 4 |
| | | Scheduled: | 05/16/2018 10:00 |
| | | Administered: | 05/16/2018 09:08 |
| | | Admin Dose: | 750 MG |
| | | By: | Goss, Lila RN |
| | Scale Comments: | TWICE A DAY | |
| | ORAL | Dose No.: | 5 |
| | | Scheduled: | 05/16/2018 22:00 |
| | | Administered: | 05/16/2018 21:47 |
| | | Admin Dose: | 750 MG |
| | | By: | Hill, Debbie RN |
| | Scale Comments: | TWICE A DAY | |
| | ORAL | Dose No.: | 6 |
| | | Scheduled: | 05/17/2018 10:00 |
| | | Administered: | 05/17/2018 09:19 |
| | | Admin Dose: | 750 MG |
| | | By: | Goss, Lila RN |
| | Scale Comments: | TWICE A DAY | |

levETIRAcetam ORAL SOLUTION 500 MG / 5 ML ORAL BID
Order No: 2277023
Start: 05/15/2018 22:00
Stop: 05/16/2018 09:28

| | ORAL | Dose No.: | 1 |
|---|---|---|---|
| | | Scheduled: | 05/15/2018 22:00 |
| | | Administered: | 05/15/2018 21:48 |
| | | Admin Dose: | 500 MG |
| | | By: | Chandler, Scarlett LPN |
| | Scale Comments: | TWICE A DAY | |

ME0020

21027386

EX 26-B

Medication Record of Activity Report
Visit No.: 21027386

Williamsburg Regional Hospital
WILLIAMS, DELVON L

**Administration (sorted by date and time)**

| Medication | Route/Site | Administration information: | 2 |
|---|---|---|---|
| | ORAL | Dose No.: | 2 |
| | | Scheduled: | 05/16/2018 10:00 |
| | | Administered: | 05/16/2018 09:08 |
| | | Admin Dose: | 500 MG |
| | | By: | Goss, Lila RN |
| | Scale Comments: | TWICE A DAY | |

levETIRAcetam ORAL SOLUTION 500 MG / 5 ML ORAL BID
Order No: 2277752
Start: 05/16/2018 22:00
Stop: 06/15/2018 22:00

| | Route/Site | Administration information: | |
|---|---|---|---|
| | ORAL | Dose No.: | 1 |
| | | Scheduled: | 05/16/2018 22:00 |
| | | Administered: | 05/16/2018 21:46 |
| | | Admin Dose: | 750 MG |
| | | By: | Hill, Debbie RN |
| | | Waste Amount: | 250 MG |
| | | Waste Witness: | 05/16/2018 21:46 |
| | | By: | |
| | Scale Comments: | TWICE A DAY TWICE A DAY | |
| | ORAL | Dose No.: | 2 |
| | | Scheduled: | 05/17/2018 10:00 |
| | | Administered: | 05/17/2018 09:19 |
| | | Admin Dose: | 750 MG |
| | | By: | Goss, Lila RN |
| | | Waste Amount: | 250 MG |
| | | Waste Witness: | 05/17/2018 09:20 |
| | | By: | |
| | Scale Comments: | TWICE A DAY TWICE A DAY | |





ME0020

21027386

Viewed/Printed on:
05/17/2018 11:03

PERMANENT CHART COPY

Page 4 of 4

Williams, Delvon #60442-018 FCI WILLIAMSBURG SALTERS SC 29590


EX 26-C

**Physician Notes Report**                                    *Williamsburg Regional Hospital*

## Discharge Note Narrative

| | |
|---|---|
| *Name:* **WILLIAMS, DELVON L** | |
| *Admission Date:* 05/14/2018 15:11 | *D.O.B.:* 08/09/1981 |
| *Med. Record No.:* 117360 | *Age:* 36 y |
| *Visit No.:* 21027386 | *Gender:* Male |
| *Attending Phys.:* Gamble, Troy B | *Location:* MED |
| *Allergies:* No known allergies | *Room/Bed:* 103-1 |

| | |
|---|---|
| *Date/Time Performed:* 05/17/2018 10:50 | *Charted By:* CHRISTY, MICHELLE |
| *Date/Time Signed:* N/A | *Signed By: Unsigned* |
| *Provider Comments:* | |
| *Status:* Sig. Required | |

### Discharge Note

*Created by CHRISTY, MICHELLE at 05/17/2018 10:51*
DELVON WILLIAMS
MR#117360

DATE OF ADMISSION: 5-14-18
DATE OF TRANSFER: 5-17-18

DISCHARGE DIAGNOSIS:
1. Ataxic gait due to Dilantin toxicity.
2. Gingival hyperplasia due to Dilantin.
3. Seizure disorder.
4. Status-post remote gunshot wound to the abdomen.
5. Status-post remote right leg fracture.

DISCHARGE PLAN: The patient is to return to the prison system. Follow up with Dr. Hoey.

DISCHARGE MEDICATIONS: have changed some and include
1. Dilantin was discontinued.
2. He is placed on Keppra solution 500 mg/5 ml 750 mg b.i.d.
3. Valproic liquid 250 mg/5 ml 750 mg or 3 tsp b.i.d. as well.
4. Continue Meclizine 25 mg every 8 hours prn vertigo.

HISTORY: Patient was on Dilantin prior to admission. He presented with ataxia, difficulty walking, severe vertigo. His Dilantin level initially was 35.4. His Dilantin was withheld and prior to discharge on this date, his Dilantin level was 16.8 and his ataxia had abated. He was noted to have pretty severe gum hyperplasia secondary to Dilantin so this was discontinued and he was placed on levetiracetam and Valproic acid in liquid form 750 mg each b.i.d. and continued on his Meclizine. Other laboratory values were unremarkable. CBC was checked on admission with 4200 white count, hemoglobin 15. On the day prior to discharge, his white count was 3500, hemoglobin 13.9, platelets 131,000 (a little bit low). His electrolytes were unremarkable except that his sodium on the 15th was a little low at 135 but was corrected to 138 prior to discharge, then his BUN was 10, creatinine 0.8. His Valproic acid checked on 5-16-18 was 44.2. Urinalysis was negative. Folic acid was 11.2. Otherwise, he had an uneventful recovery. It was felt he had reached maximal hospital benefit so he was discharged with the above medications and plan.

James J. Thomy, MD
JJT/mac

DD: 5-17-18 (0941)
DT: 5-17-18 (1028)

---

*Visit No.:* 21027386                                                          WILLIAMS, DELVON L

*Williamsburg Regional Hospital, 500 Nelson Blvd, Kingstree, SC 29556 843-355-8888*

Williams, Delvon #60442-018 FCI WILLIAMSBURG SALTERS SC 29590

(—X ' 27

**Medical Record**
*Visit No.:* 21027386

**Williamsburg Regional Hospital**
WILLIAMS, DELVON L

---

**Emergency Contact:**

*Name:* Fci Williamsburg
*Phone:* (843)387-9400
*Address:* 8301 US HWY 521 Salters, SC 29590

*Relationship:* Other Relationship
*Work Phone:*                 *Ext:*

---

**Results:**

| Collected/Performed:<br>05/17/2018 05:30-05/14/2018 14:15 | Most Recent<br>Thu<br>05/17/18<br>05:30 | Wed<br>05/16/18<br>06:26 | Tue<br>05/15/18<br>06:13 | Mon<br>05/14/18<br>14:36 | Oldest<br>Mon<br>05/14/18<br>14:15 | Reference Range |
|---|---|---|---|---|---|---|
| **Laboratory — Chemistry** | | | | | | |
| **BMP** | | | | | | |
| Sodium | 138 | 142 | 135  LO | | | *136-145 mmol/L* |
| Potassium | 4.0 | 4.0 | 3.7 | | | *3.5-5.3 mmol/L* |
| Chloride | 105 | 105 | 103 | | | *98-107 mmol/L* |
| CO2 | 31.0 | 31.0 | 27.0 | | | *23.0-32.0 mmol/L* |
| Anion Gap | 6.0 | 10.0 | 8.7 | | | *5.0-15.0 mmol/L* |
| Glucose | 91 | 86 | 99 | | | *70-110 mg/dL* |
| BUN | 10 | 9 | 13 | | | *7-22 mg/dL* |
| Creatinine | 0.80 | 0.70 | 0.84 | | | *0.60-1.50 mg/dL* |
| Glomerular Filtration Rate (eGFR) | 133 | 140 | 130 | | | *61-5000* |
| Calcium | 8.3 | 8.4 | 8.6 | | | *8.0-10.5 mg/dL* |
| *Ordering Provider* | p1 | p2 | p1 | | | |
| *Specimen Information* | si1 | si1 | si1 | | | |
| *Released Date/Time* | 05/17/2018<br>06:22 | 05/16/2018<br>07:22 | 05/15/2018<br>06:40 | | | |
| **CMP** | | | | | | |
| Sodium | | | | | 137 | *136-145 mmol/L* |
| Potassium | | | | | 4.2 | *3.5-5.3 mmol/L* |
| Chloride | | | | | 101 | *98-107 mmol/L* |
| CO2 | | | | | 30.0 | *23.0-32.0 mmol/L* |
| Anion Gap | | | | | 10.2 | *5.0-15.0 mmol/L* |
| Glucose | | | | | 84 | *70-110 mg/dL* |
| BUN | | | | | 14 | *7-22 mg/dL* |
| Creatinine | | | | | 0.88 | *0.60-1.50 mg/dL* |
| Glomerular Filtration Rate (eGFR) | | | | | 128 | *61-5000* |
| Calcium | | | | | 9.3 | *8.0-10.5 mg/dL* |
| Total Protein | | | | | 7.5 | *6.8-8.1 g/dL* |
| Albumin | | | | | 4.2 | *3.5-5.0 g/dL* |
| Globulin | | | | | 3.3 | *1.9-4.2 g/dL* |
| Alb/Glob Ratio | | | | | 1.3 | *1.1-2.1 [ratio]* |
| Bilirubin, Total | | | | | 0.4 | *0.2-1.2 mg/dL* |
| Alkaline Phosphatase | | | | | 51 | *32-91 U/L* |

---

*Visit No.:* 21027386

WILLIAMS, DELVON L

*Viewed/Printed on:*
*05/17/2018 09:33*


Williams, Delvon #60442-018 FCI WILLIAMSBURG SALTERS SC 29590



# *Medical Record*

# *Williamsburg Regional Hospital*

**Name:** WILLIAMS, DELVON L
*Allergies:* No known allergies

## Patient Details:

| | | |
|---|---|---|
| *Patient Name:* WILLIAMS, DELVON L | | *Admission Date:* 05/14/2018 15:11 |
| *VisitNum:* 21027386 | *Med Record Num:* 117360 | |
| *Room/Bed:* 103-1 | *Patient Type:* A | *AKA:* |
| *Gender:* Male | *Patient Status:* 1A | *Marital Status:* S | *Race:* B |
| *Pt Age:* 36 y | *Adm. Source:* 2 | *Arrival Source:* | *Veteran:* |
| *Pt Birthdate:* 08/09/1981 | *Adm. Priority:* 2 | *Hospital Service:* MED | *Organ Donor:* |
| *Financial Class:* Commercial Insurance ( COM ) | | *Religion:* | *Living Will:* |
| *Pt. Phone:* (843)387-9400 | | *Church:* | |

*Pt. Address:* CO FCI WILLIAMSBURG 8301 US HWY 521 Salters, SC 29590
*Temp Address:*
*Employer:*                                                    *Occupation:*                    *Emp. Phone:*
*Employer Address:*

*Admitting Dr.:* Gamble, Troy MD                    *Code:* 1148
*Attending Dr.:* Gamble, Troy MD                    *Code:* 1148

*MRSA:*
*Accident Location:*                                          *Accident Code:*                 *Accident Dt/Tm:*

## Diagnosis List:

## Procedure List:

## Guarantor Information:

*Name:* Williams, Delvon L                                                *Phone:* (843)387-9400
*Address:* CO FCI WILLIAMSBURG 8301 US HWY 521 Salters, SC 29590
*DOB:* 08/09/1981                    *Gender:* Male          *Relationship:* Self          *Occupation:*
*Employer:*                                                                                              *Emp. Phone:*
*Employer Address:*

## Nearest Relative:

*Name:* Fci Williamsburg                                    *Relationship:* Other Relationship
*Phone:* (843)387-9400                                      *Work Phone:*                    *Ext:*
*Address:* 8301 US HWY 521 Salters, SC 29590

## Insurance Information:

*COB:* 1 *Insurance Name:* UNDEFINED PLAN                                    *Phone:*
*Mail Claim To:* Seven Corners- Prison Division
*Address:* Bureau Of Prisons Division PO Box 3384 Carmel, IN 460823384
*Authorization:*                                *Policy:* 60442-018          *Group:*                  *Payor ID:*
*Subscriber:* Williams, Delvon L                                              *Relationship:* Self      *Phone:*
*Address:*

---

*Visit No.:* 21027386                                                                                    WILLIAMS, DELVON L

*Williamsburg Regional Hospital, 500 Nelson Blvd, Kingstree, SC 29556* 843-355-8888
xxxxxxxxxxxxxxx

*Viewed/Printed on:*
*05/17/2018 09:33*                                                                                      *Page 1 of 5*

Williams, Delvon #60442-018 FCI WILLIAMSBURG SALTERS SC 29590



Medical Record
Visit No.: 21027386

Williamsburg Regional Hospital
WILLIAMS, DELVON L

| (Continued) Collected/Performed: 05/17/2018 05:30-05/14/2018 14:15 | Thu 05/17/18 05:30 | Wed 05/16/18 06:26 | Tue 05/15/18 06:13 | Mon 05/14/18 14:36 | Mon 05/14/18 14:15 | | Reference Range |
|---|---|---|---|---|---|---|---|
| | *Most Recent* | | | | *Oldest* | | |
| ALT (SGPT) | | | | | 26 | | *14-54 U/L* |
| AST (SGOT) | | | | | 25 | | *15-41 U/L* |
| Ordering Provider | | | | | ·p3 | | |
| Specimen Information | | | | | sl1 | | |
| Released Date/Time | | | | | 05/14/2018 14:53 | | |
| Magnesium | | | | | 2.0 | | *1.6-2.6 mg/dL* |
| Ordering Provider | | | | | p3 | | |
| Specimen Information | | | | | sl1 | | |
| Released Date/Time | | | | | 05/14/2018 14:53 | | |
| Vitamin B12 | | | | | 165.0 | LO | *180.0-914.0 pg/mL* |
| Ordering Provider | | | | | ·p1 | | |
| Specimen information | | | | | sl1 | | |
| Released Date/Time | | | | | 05/14/2018 17:24 | | |
| Phenytoin (Dilantin) | 16.8 | 21.1 HI | 24.4 HI | | 35.4 1 CR | | *10.0-20.0 ug/mL* |
| Ordering Provider | p1 | p2 | p1 | | p3 | | |
| Specimen Information | sl1 | sl1 | sl1 | | sl1 | | |
| Released Date/Time | 05/17/2018 06:22 | 05/16/2018 07:40 | 05/15/2018 06:42 | | 05/14/2018 · 15:03 | | |
| Valproic Acid (Depakene) | | 44.2 LO | | | 25.7 LO | | *50.0-100.0 ug/mL* |
| Ordering Provider | | p2 | | | p3 | | |
| Specimen Information | | sl1 | | | sl1 | | |
| `Released Date/Time | | 05/16/2018 07:40 | | | 05/14/2018 15:03 · | | |
| FOLATE | | | | | 11.2 | | *5.9-16.0 ng/ml* |
| Ordering Provider | | | | | ·p1 | | |
| Specimen Information | | | | | sl1 | | |
| Released Date/Time · | | | | | 05/14/2018 17:24 | | |
| *Laboratory — Hematology* | | | | | | | |
| CBC Auto Diff | | | | | | | |
| WBC | | 3.5 LO | | | 4.2 | LO | *4.5-13.5 10^3/uL* |
| RBC · | | 4.89 | | | 5.32 | | *4.27-5.49 10^6/uL* |
| Hemoglobin | | 13.9 | | | 15.0 | | *12.0-16.0 g/dL* |
| Hematocrit | | 39.7 | | | 43.6 | | *38.0-50.0 %* |
| MCV | | 81.2 | | | 82.0 | | *79.8-94.8 fL* |
| MCH | | 28.5 | | | 28.2 | | *26.8-33.2 pg* |
| MCHC | | 35.1 | | | 34.4 | | *33.5-35.4 g/dL* |
| RDW-CV | | 13.6 | | | 13.5 | | *12.0-15.1 %* |
| Platelet Count | | 131 LO | | | 157 | LO | *165-353 10^3/uL* |

Visit No.: 21027386

WILLIAMS, DELVON L

**Medical Record**
*Visit No.:* 21027386

**Williamsburg Regional Hospital**
WILLIAMS, DELVON L

| (Continued) Collected/Performed: 05/17/2018 05:30-05/14/2018 14:15 | Thu 05/17/18 05:30 | Wed 05/16/18 06:26 | | Tue 05/15/18 06:13 | Mon 05/14/18 14:36 | Mon 05/14/18 14:15 | Reference Range |
|---|---|---|---|---|---|---|---|
| | *Most Recent* | | | | | *Oldest* | |
| MPV | | 9.5 | | | | 9.3 | 7.5-10.6 fL |
| Neutrophils, % | | 44.1 | | | | 51.1 | 43.3-71.9 % |
| Lymphocytes, % | | 44.0 | HI | | | 37.3 | 16.8-43.5 % |
| Monocytes, % | | 10.4 | | | | 10.1 | 4.6-12.4 % |
| Eosinophils, % | | 1.2 | | | | 0.7 | 0.7-7.8 % |
| Basophils, % | | 0.3 | | | | 0.8 | 0.2-1.1 % |
| Neutrophils, Absolute | | 1.6 | LO | | | 2.1 | 1.9-7.2 10^3/uL |
| Lymphocytes, Absolute | | 1.6 | | | | 1.6 | 1.1-2.7 10^3/uL |
| Monocytes, Absolute | | 0.4 | | | | 0.4 | 0.3-0.8 10^3/uL |
| Eosinophils, Absolute | | 0.0 | | | | 0.0 | 0.0-0.5 10^3/uL |
| Basophils, Absolute | | 0.0 | | | | 0.0 | 0.0-0.1 10^3/uL |
| *Ordering Provider* | | p2 | | | | p3 | |
| *Specimen Information* | | sI1 | | | | sI1 | |
| *Released Date/Time* | | 05/16/2018 07:22 | | | | 05/14/2018 14:37 | |
| *Laboratory — Urinalysis* | | | | | | | |
| UA reflex micro | | | | | | | |
| Urine Source | | | | | *Note 1* | | |
| Urine Color | | | | | Yellow | | |
| **Released Date/Time* | | | | | 05/14/2018 16:57 | | |
| Urine Clarity | | | | | Clear | | Clear |
| **Released Date/Time* | | | | | 05/14/2018 16:57 | | |
| Glucose, UA | | | | | Negative | | Negative mg/dL |
| **Released Date/Time* | | | | | 05/14/2018 16:57 | | |
| Bilirubin, UA | | | | | Negative | | Negative mg/dL |
| **Released Date/Time* | | | | | 05/14/2018 16:57 | | |
| Ketones, UA | | | | | Negative | | Negative mg/dL |
| **Released Date/Time* | | | | | 05/14/2018 16:57 | | |
| Spec Grav, UA | | | | | 1.020 | | rel H2O |
| **Released Date/Time* | | | | | 05/14/2018 16:57 | | |
| pH, UA | | | | | 6.0 | | 5.0 - 9.0 [pH] |
| **Released Date/Time* | | | | | 05/14/2018 16:57 | | |
| Protein, UA | | | | | Negative | | Negative mg/dL |
| **Released Date/Time* | | | | | 05/14/2018 16:57 | | |
| Urobilinogen, UA | | | | | 0.2 | | 0 - 2.0 mg/dL |

Williams, Delvon #60442-018 FCI WILLIAMSBURG SALTERS SC 29590

EX 28.D

Medical Record
*Visit No.:* 21027386

Williamsburg Regional Hospital
WILLIAMS, DELVON L

| (Continued) Collected/Performed: 05/17/2018 05:30-05/14/2018 14:15 | Thu 05/17/18 05:30 | Wed 05/16/18 06:26 | Tue 05/15/18 06:13 | Mon 05/14/18 14:36 | Mon 05/14/18 14:15 | Reference Range |
|---|---|---|---|---|---|---|
| | | Most Recent | | | Oldest | |
| **Released Date/Time | | | | 05/14/2018 16:57 | | |
| Nitrite, UA | | | | Negative | | Negative |
| **Released Date/Time | | | | 05/14/2018 16:57 | | |
| Blood, UA | | | | Negative | | Negative cells/uL |
| **Released Date/Time | | | | 05/14/2018 16:57 | | |
| Leukocytes, UA | | | | Negative | | Negative cells/uL |
| **Released Date/Time | | | | 05/14/2018 16:57 | | |
| Ordering Provider | | | | p3 | | |
| Specimen Information | | | | si2 | | |
| Released Date/Time | | | | 05/14/2018 16:51 | | |

**Released Date/Time: Test(s) released at a different time than the other tests on the panel.

Provider(s):
p1 . Gamble, Troy MD
p3 : KEITH, EDWARD MD
p2 : Smith, Charlie MD

*Specimen Information si1:*
Type: Blood specimen (specimen)
*Specimen Information si2:*
Type: Urine specimen (specimen)

*Note 1:*
Clean Catch Urine

*Comment 1:*
Called to and read back by:
hope
By: BGOWDY 2018-05-14 15:04

----------------------------------------------------------------
*End of Report for WILLIAMS, DELVON L*
*Note: The following sections are not included in this report : Miscellaneous
Documents , Vaccine Administration Record , Medication Record of Activity ,
Chartings , Physician Notes , Reconciliation History , Problems/Plans of Care ,
Patient Notes , Orders , Flowsheets , Images, Scanned Documents

Williams, Delvon #60442-018 FCI WILLIAMSBURG SALTERS SC 29590



# Bureau of Prisons
# Health Services
# Clinical Encounter

---

| | | | |
|---|---|---|---|
| Inmate Name: WILLIAMS, DELVON LAMAR | | Reg #: 60442-018 | |
| Date of Birth: 08/09/1981 | Sex: M Race: BLACK | Facility: WIL | |
| Encounter Date: 05/14/2018 10:49 | Provider: Davis, Christopher | Unit: E03 | |

---

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1** **Provider:** Davis, Christopher APRN/FNP-C

**Chief Complaint:** NEUROLOGY

**Subjective:** F/U ataxia.  Ongoing for 1 week now.  reports meclizine has not really helped any

**Pain:** No

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/14/2018 | 10:48 WIL | 98.2 | 36.8 | | Davis, Christopher APRN/FNP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/14/2018 | 10:48 WIL | 67 | | | Davis, Christopher APRN/FNP- |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/14/2018 | 10:48 WIL | 20 | Davis, Christopher APRN/FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/14/2018 | 10:48 WIL | 138/90 | | | | Davis, Christopher APRN/FNP- |

**Comments**

Allergy list reviewed

Normal heart and lung sounds

Ataxic gait. Denies illicit drugs.

Failed Romberg test

Seen with CD and agreement made to send to ER for possible head CT.  Spoke with Dr Keith at WRH who was given report.

**ASSESSMENT:**

Other peripheral vertigo, H81399 - Current

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

---

Ex 29-A

| Inmate Name: | WILLIAMS, DELVON LAMAR | | | | Reg #: | 60442-018 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/09/1981 | Sex: | M   Race: | BLACK | Facility: | WIL |
| Encounter Date: | 05/14/2018 10:49 | Provider: | Davis, Christopher | | Unit: | E03 |

| Emergency Room | 05/14/2018 | 05/14/2018 | Emergent | No |
|---|---|---|---|---|

**Subtype:**
Emergency Room

**Reason for Request:**
Inmate with 1 week ataxia.  Request ER eval to rule out significant brain injury.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/14/2018 | Counseling | Access to Care | Davis, Christopher | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No


Completed by Davis, Christopher APRN/FNP-C on 05/14/2018 10:53

Ex 29-B

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: M    Race: BLACK | Facility: | WIL |
| Note Date: | 05/15/2018 07:59 | Provider:   Truesdale, T. RN | Unit: | E03 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1          Provider:** Truesdale, T. RN
   Called WRH and spoke with Kristin, RN.  Inmate admitted for elevated Dilantin of 35.4. Today it is 24.4.
   Dilantin stopped and Keppra started.  Inmate also has Gingerval Hyperplasia and low Valporic acid of 25.7.

**Copay Required:** No            **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Truesdale, T. RN on 05/15/2018 08:10
Requested to be cosigned by  Hoey, Stephen D.O./CD.
Cosign documentation will be displayed on the following page.

Ex 304

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/15/2018 07:59 | | Provider: | Truesdale, T. RN | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 05/15/2018 09:45.**

Ex 3D-B

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M    Race: BLACK | Facility: | WIL |
| Note Date: | 05/16/2018 12:43 | Provider: | McClary, M. RN IOP/IDC | Unit: | E03 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**          **Provider:** McClary, M. RN IOP/IDC
         Dilantin level still elevated. Has started on Keppra. To check early am. If Levels therapeutic , possible
         discharge.


**Copay Required:** No              **Cosign Required:** Yes
**Telephone/Verbal Order:** No


Completed by McClary, M. RN IOP/IDC on 05/16/2018 12:45
Requested to be cosigned by  Hoey, Stephen D.O./CD.
Cosign documentation will be displayed on the following page.

Ex 31-A

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
|---|---|---|---|---|---|
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/16/2018 12:43 | Provider: | McClary, M. RN IOP/IDC | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 05/16/2018 13:45.**

Ex 31-B

Williamsburg Regional Hospital
Kingstree, SC
500 Nelson Blvd.
Kingstree, SC 29556
Phone (843) 355-8888

Patient's Name  Delvon Williams

Address _____

Date  5-17-18

| Rx | LABEL ALL Rx's | MG or CC | # | SIG | REFILL |
|----|----------------|----------|---|-----|--------|
| Levetiracetam | 500mg | 5ml | 1 | 1½ tsp bid | — |
| Valproate | 250mg | 5ml | | 3 tsp bid | — |
| Meclazine | | 25g | 30 | 1 tid | |
| | | | | | |
| | | | | | |

☐

TOTAL
Rx's     18667

DISPENSE AS WRITTEN          M.D.

JAMES J THOM, MD
DEA# AT 7963603

SUSTITUTION PERMITTED          M.D.

SC Lic# _____

EX 32

# UNIVERSAL MEDICATION FORM

Fold this f                                        Date form started:

| Name: | | Address: |
|---|---|---|
| Phone Num | WILLIAMS, DELVON L  21027386   Sex: M | |
| Birth Date: | DOB: 08/09/1981 (36 y)   Adm/Reg: 05/14/2018 | |
| Emergency | MRN: 117360 Att Phys: Gamble, Troy MD  Loc: MED 103 1 Fac: Williamsburg Regional Hospital | |

## IMMUNIZATION RECORD (Record the date/year of last dose taken, if known)

| TETANUS | | FLU VACCINE(S) | |
|---|---|---|---|
| PNEUMONIA VACCINE | | HEPATITIS VACCINE | OTHER |
| Allergic To /Describe Reaction: | | Allergic To /Describe Reaction: | |
| | | | |
| | | | |

LIST ALL MEDICINES YOU ARE CURRENTLY TAKING: Prescription and over-the-counter medications (examples: aspirin, antacids) and herbals (examples: ginseng, gingko). Include medications taken as needed (example: nitroglycerin).

| DATE | NAME OF MEDICATION / DOSE | DIRECTIONS: Use patient friendly directions. (Do not use medical abbreviations.) | DATE STOPPED | Notes: Reason for taking / Doctor Name |
|---|---|---|---|---|
| 5-17-18 | Levetiracetam | 750 mg twice a day | | |
| | Meclizine | 25 mg three times a day | | |
| | Valproate liq | 750 mg twice a day | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Refer to back of form for directions, benefits of using the form, and how to get more copies.

(09/07)                                        Page _____ of _____

Ex 33

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M    Race: BLACK | Facility: | WIL |
| Note Date: | 05/17/2018 10:00 | Provider: | McClary, M. RN IOP/IDC | Unit: | E03 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** McClary, M. RN IOP/IDC

To be discharged today. Dilantin level wnl. Discharge instructions to be sent with officer.


**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No


Completed by McClary, M. RN IOP/IDC on 05/17/2018 15:13
Requested to be cosigned by  Hoey, Stephen D.O./CD.
Cosign documentation will be displayed on the following page.

Ex 34-A

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/17/2018 10:00 | Provider: | McClary, M. RN IOP/IDC | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 05/18/2018 06:38.**

Ex 34-B

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: M   Race: BLACK | Facility: | WIL |
| Encounter Date: | 05/17/2018 11:54 | Provider: Davis, Christopher | Unit: | E03 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT 1**          **Provider:** Davis, Christopher APRN/FNP-C

   **Chief Complaint:** NEUROLOGY

   **Subjective:** Returns from hospital after ataxia sec to Dilantin toxicity.  Inmate reports that he feels better. Educated on new meds and pill line.  Verbalized understanding.

   **Pain:** Allergy list reviewed
   No

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 05/17/2018 | 11:53 | WIL | 72 | | | Davis, Christopher APRN/FNP- |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 05/17/2018 | 11:53 | WIL | 18 | Davis, Christopher APRN/FNP-C |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 05/17/2018 | 11:53 | WIL | 110/74 | | | | Davis, Christopher APRN/FNP- |

**Exam Comments**
   Slightly altered gait, but significantly improved, says that he feels much better.

**ASSESSMENT:**

   Toxic effect of unspecified substance, undetermined, T6594XS - Current - *Dilantin toxicity*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

Ex 35-A

| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
|---|---|---|---|---|---|
| Date of Birth: | 08/09/1981 | Sex: | M   Race: BLACK | Facility: | WIL |
| Encounter Date: | 05/17/2018 11:54 | Provider: | Davis, Christopher | Unit: | E03 |

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | levETIRAcetam oral soln 100 MG/ML | 05/17/2018 11:54 | 100 mg/ml Orally  -  Two Times a Day x 365 day(s) Pill Line Only -- 15 ml BID |

            **Indication:** Seizure disorder, other convulsions

## Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 116904-WIL | Valproic Acid Syrup 50 MG/ML, 480 ML | 05/17/2018 11:54 | Take 15 ml by mouth twice daily -- Pill Line only x 365 day(s) Pill Line Only |

            **Indication:** Seizure disorder, other convulsions

| | | | |
|---|---|---|---|
| 117008-WIL | Meclizine HCl 25 MG Tab | 05/17/2018 11:54 | Take one tablet (25 MG) by mouth three times daily for 7 days x 7 day(s) |

            **Indication:** Other peripheral vertigo, Dizziness and giddiness

## Discontinued Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 117006-WIL | Phenytoin Oral Susp 125 MG/5ML, 237ML | 05/17/2018 11:54 | Take 9ml by mouth twice daily ***self carry*** |

            **Discontinue Type:** *When Pharmacy Processes*
            **Discontinue Reason:** *discontinue*
            **Indication:**

| | | | |
|---|---|---|---|
| 117007-WIL | Valproic Acid Syrup 50 MG/ML, 480 ML | 05/17/2018 11:54 | Take 15ml by mouth twice daily ***self carry*** |

            **Discontinue Type:** *When Pharmacy Processes*
            **Discontinue Reason:** *discontinue*
            **Indication:**

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-L-Levetiracetam | One Time | 05/31/2018 00:00 | Routine |
| Lab Tests-V-Valproic Acid, Total | | | |

        **Additional Information:**
          please send to local lab and BOP lab
        **Labs requested to be reviewed by:**     Hoey, Stephen D.O./CD

## Disposition:

    Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/17/2018 | Counseling | Access to Care | Davis, Christopher | Verbalizes Understanding |



| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: M   Race: BLACK | Facility: | WIL |
| Encounter Date: | 05/17/2018 11:54 | Provider: Davis, Christopher | Unit: | E03 |

**Copay Required:** No            **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes      **By:** Hoey, Stephen D.O./CD
**Telephone or Verbal order read back and verified.**


Completed by Davis, Christopher APRN/FNP-C on 05/17/2018 12:00
Requested to be cosigned by Hoey, Stephen D.O./CD.
Cosign documentation will be displayed on the following page.

Ex 35-C

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/17/2018 11:54 | Provider: | Davis, Christopher | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 05/17/2018 12:03.**

EX 35-D

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M    Race: BLACK | Facility: | WIL |
| Note Date: | 05/17/2018 21:15 | Provider: | Borck, T. RN | Unit: | E03 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1          Provider:** Borck, T. RN

Mother called institution requesting to speak with medical.
States he son was speaking out of sorts on the telephone.
Unit officer was called, officer states inmate up walking around now and using telephone.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Borck, T. RN on 05/17/2018 21:17
Requested to be cosigned by  Hoey, Stephen D.O./CD.
Cosign documentation will be displayed on the following page.

Ex 36-A

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 | |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK | |
| Encounter Date: | 05/17/2018 21:15 | Provider: | Borck, T. RN | Facility: | WIL | |

**Cosigned by Hoey, Stephen D.O./CD on 05/18/2018 06:07.**

Ex 36-B

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: WILLIAMS, DELVON LAMAR | | Reg #: 60442-018 |
| Date of Birth: 08/09/1981 | Sex: M   Race: BLACK | Facility: WIL |
| Encounter Date: 06/01/2018 07:25 | Provider: Truesdale, T. RN | Unit: D04 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Truesdale, T. RN

**Chief Complaint:** Other Problem
**Subjective:** Wants medication refilled
**Pain:** No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/01/2018 | 08:48 WIL | 98.1 | 36.7 | | Truesdale, T. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/01/2018 | 08:48 WIL | 74 | | | Truesdale, T. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/01/2018 | 08:48 WIL | 16 | Truesdale, T. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/01/2018 | 08:48 WIL | 120/81 | | | | Truesdale, T. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/01/2018 | 08:48 WIL | 100 | | Truesdale, T. RN |

**Exam:**
  **General**
    **Affect**
      Yes: Pleasant, Cooperative
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

No Significant Findings/No Apparent Distress
Inmate said he would like to get put back on the meclizine because "I felt good when I take it". Inmate also says he feels better since taking new seizure medication. Inmate says he did not feel the side effects of his seizure medications as much when he was taking the meclizine. Discussed proper use of meclizine and explained to inmate that it is not for long term use. Inmate able to walk in straight line without difficulty. Discussed inmate with MD for orders. Inmate will be placed on the call out to be seen.

**PLAN:**

**Schedule:**

Ex 37-A

| | | | |
|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #:   60442-018 |
| Date of Birth: | 08/09/1981 | Sex:   M   Race:  BLACK | Facility:  WIL |
| Encounter Date: | 06/01/2018 07:25 | Provider:  Truesdale, T. RN | Unit:   D04 |

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Sick Call/Triage | 06/01/2018 00:00 | MLP 01 |

**Disposition:**
Follow-up at Sick Call as Needed
To be Evaluated by Provider
Discharged to Housing Unit-No Restrictions
Notify Medical Duty Officer
Notify PA Duty Officer

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 06/01/2018 | Counseling | Compliance - Treatment | Truesdale, T. | Verbalizes Understanding |
| 06/01/2018 | Counseling | Access to Care | Truesdale, T. | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Truesdale, T. RN on 06/01/2018 09:12
Requested to be cosigned by  Hoey, Stephen D.O./CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Davis, Christopher APRN/FNP-C.
Review documentation will be displayed on the following page.

Fx 37·B

### Bureau of Prisons
### Health Services
### Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: M | Race: | BLACK |
| Encounter Date: | 06/01/2018 07:25 | Provider: Truesdale, T. RN | Facility: | WIL |

**Reviewed by Davis, Christopher APRN/FNP-C on 06/01/2018 13:09.**

Ex 37-C

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/01/2018 07:25 | Provider: | Truesdale, T. RN | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 06/01/2018 09:36.**

Ex 37-D

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: 08/09/1981 | Sex: M | Race: BLACK | Facility: | WIL |
| Encounter Date: 06/11/2018 08:36 | Provider: Harrell, Holly PA-C | | Unit: | D04 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      Provider: Harrell, Holly PA-C

**Chief Complaint:** Other Problem

**Subjective:** Inmate is called over to health services due to the pharmacy tech reporting that he was dizzy at pill line this morning.  He kept saying the same thing over and over about his medication.  During his visit today he denies dizziness, headaches, N/V, or difficulty walking.

He does ramble on during the visit about his medical records and seeing Dr. Hoey.

**Pain:** Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/11/2018 | 08:37 WIL | 83 | | | Harrell, Holly PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/11/2018 | 08:37 WIL | 134/90 | | | | Harrell, Holly PA-C |

**Exam:**

**General**

 **Affect**

  Yes: Cooperative

 **Appearance**

  Yes: Appears Well, Alert and Oriented x 3

  No: Appears Distressed

**ASSESSMENT:**

Seizure disorder, other convulsions, 780.39 - Current

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-L-Levetiracetam | One Time | 06/11/2018 00:00 | Today |
| Lab Tests-C-CBC | | | |
| Lab Tests-V-Valproic Acid, Total | | | |
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | | | |

  **Labs requested to be reviewed by:**      Hoey, Stephen D.O./CD

  **Lab personnel verbally notified of a priority order of Today or Stat**

**Other:**

Labs will be ordered and sent out today.  He will follow up tomorrow for evaluation.

Ex 38-A

| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
|---|---|---|---|---|---|

Inmate Name:   WILLIAMS, DELVON LAMAR
Date of Birth:   08/09/1981
Encounter Date: 06/11/2018 08:36

Sex:       M   Race:  BLACK
Provider:  Harrell, Holly PA-C

Reg #:    60442-018
Facility:  WIL
Unit:      D04

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/11/2018 | Counseling | Plan of Care | Harrell, Holly | Verbalizes Understanding |
| 06/11/2018 | Counseling | Access to Care | Harrell, Holly | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Harrell, Holly PA-C on 06/11/2018 08:41

Requested to be cosigned by Hoey, Stephen D.O./CD.

Cosign documentation will be displayed on the following page.

Ex 38 - B

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/11/2018 08:36 | Provider: | Harrell, Holly PA-C | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 06/11/2018 09:49.**

Ex 38-C

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
|---|---|---|---|---|---|
| Date of Birth: | 08/09/1981 | Sex: | M    Race: BLACK | Facility: | WIL |
| Note Date: | 06/12/2018 07:59 | Provider: | Hoey, Stephen D.O./CD | Unit: | E01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**          **Provider:** Hoey, Stephen D.O./CD
> Adjust valproate dosage;

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Valproic Acid Syrup 250MG/5ML | 06/12/2018 07:59 | 12 mL; 600 mg Orally  -  Two Times a Day x 180 day(s) |

> **Indication:** Seizure disorder, other convulsions
> **Start Now:** Yes
> **Night Stock Rx#:**
> **Source:** Sub Stock Location
> **Admin Method:** Self Administration
> **Stop Date:** 12/09/2018 07:58
> **MAR Label:** 12 mL; 600 mg Orally  -  Two Times a Day x 180 day(s)
> **One Time Dose Given:** No

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 117189-WIL | *Valproic Acid Syrup 50 MG/ML, 480 ML* | *06/12/2018 07:59* | *Take 15 ml by mouth twice daily - - Pill Line only* |

> **Discontinue Type:**   *When Pharmacy Processes*
> **Discontinue Reason:** *new order written*
> **Indication:**

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Hoey, Stephen D.O./CD on 06/12/2018 08:03

Ex 39

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: M   Race: BLACK | Facility: | WIL |
| Note Date: | 06/25/2018 12:20 | Provider: Brown, Darlene AHSA | Unit: | E01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Brown, Darlene AHSA

Requests to staff response to: lab results and to be taken off of pill line.  Inmate was schedule for 6/25/2018 at 1200, he did not come.  He was a no show.



**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No
Completed by Brown, Darlene AHSA on 06/25/2018 12:22

Ex 40-A

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex:     M     Race: BLACK | Facility: | WIL |
| Note Date: | 07/02/2018 11:08 | Provider:   Truesdale, T. RN | Unit: | E01 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**        **Provider:**  Truesdale, T. RN

        Inmate is still rinsing his medication cups out during pill line time until there is no possible medication left in
        cup.  Inmate has been told repeatedly that does of liquid meds equate a residual in cup.  By rinsing out his
        cup repeatedly and drinking may be the cause of him receiving an increased level of medication.

**Copay Required:** No        **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Truesdale, T. RN on 07/02/2018 11:12
Requested to be cosigned by  Hoey, Stephen D.O./CD.
Cosign documentation will be displayed on the following page.



Ex 41-A

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/02/2018 11:08 | Provider: | Truesdale, T. RN | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 07/02/2018 11:43.**

Ex 41-B

**Darlene Brown - Fwd: ***Request to Staff*** WILLIAMS, DELVON, Reg# 60442018, WIL-E-A**

| | |
|---|---|
| **From:** | WIL/InmateToAWPrograms |
| **To:** | Brown, Darlene |
| **Date:** | 7/3/2018 9:49 AM |
| **Subject:** | Fwd: ***Request to Staff*** WILLIAMS, DELVON, Reg# 60442018, WIL-E-A |

What kind of information is redacted?

>>> ~^!"WILLIAMS, ~^!DELVON LAMAR" <60442018@inmatemessage.com> 7/2/2018 10:37 AM >>>
To: AW
Inmate Work Assignment: Hvac1

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
3e8a2f2a-6e41-4380-b465-86197cc24140
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


FINALLY HAVE MY RECORDS!! Now do some of my records suppose to be blacked out so I can't see them?

7/3/18

Yes sir, there are certain item which have to be
blacked out per policy.

Thanks DCBrown AWSA
D. Brown AWSA

FCI Williamsburg, SC

Ex 42

From:      ^!"WILLIAMS, ^IDELVON LAMAR" <60442018@inmatemessage.com>
To:
Date:      7/10/2018 12:35 PM
Subject:   ***Request to Staff*** WILLIAMS, DELVON, Reg# 60442018, WIL-E-A

To: Dr.Hoey
Inmate Work Assignment: Hvac1

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
ead6243c-5f18-4aa6-ae91-98b9a57ab08e
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


I'm steady having seizures had 1 this am in mainline on the 10th of July

you are scheduled
for lab work
and a visit.
If seizures or
symptoms worse-
feed + report
to sick call

H. HARRELL, PA
FCI/FPC WILLIAMSBURG

7/12/18

Ex 43

## Bureau of Prisons
## Health Services
## Inmate Intra-system Transfer

| Reg #: 60442-018 | Inmate Name: WILLIAMS, DELVON LAMAR |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To: FCI BEC                         Transfer Date: 07/13/2018

**Health Problems**

| Health Problem | Status |
|---|---|
| Seizure disorder, other convulsions | Current |
| Cannabis Use Disorder, Severe | Current |
| Stimulant Related Disorders: Severe: Cocaine | Current |
| Impacted cerumen | Current |
| Other peripheral vertigo | Current |
|    He still has mild vertigo Increase his meclizine to 25 mg BID | |
| Dizziness and giddiness | Current |
|    labyrinthitis | |
| Toxic effect of unspecified substance, undetermined | Current |
|    Dilantin toxicity | |
| Foreign body in other or multiple sites | Remission |
| Disturbances in tooth eruption | Remission |

**Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated.
Bolded drugs required for transport.**

**levETIRAcetam Oral Solution 100 MG/ML  Exp: 05/18/2019  SIG: take 15 mL by mouth twice daily \*\*\*pill line\*\*\*
\*\*\*pill line\*\*\***
**Valproic Acid Syrup 50 MG/ML, 480 ML  Exp: 12/09/2018  SIG: take 12mL by mouth twice daily \*\*\*pill line\*\*\*
\*\*\*pill line\*\*\***

**OTCs:  Listing of all known OTCs this inmate is currently taking.**
   None

**Pending Appointments**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 08/24/2018 | 00:00 | Chronic Care Visit | Physician 01 |
| 09/22/2018 | 00:00 | PPD Administration | Nurse |

**TB Clearance:  Yes**

| | | |
|---|---|---|
| Last PPD Date: 09/22/2017 | Induration: 0mm | |
| Last Chest X-Ray Date: | Results: | |
| TB Treatment: | Sx free for 30 days: Yes | |
| TB Follow-up Recommended: No | | |

**Sickle Cell:**
   Sickle Cell Trait/Disease:   No

**Limitations/Restrictions/Diets:**
   Cell: on first floor, lower bunk --- 06/11/2019
   Cleared for Food Service: Yes
   Sedentary Work Only --- 08/11/2018

**Comments:**

**Allergies**
   No Known Allergies

Ex 44-A

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/10/2018 07:00 | Provider: | Mims, Nicole H. RN | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 07/11/2018 14:47.**

Ex 44-B

# **Williamsburg Regional Hospital**
500 Nelson Boulevard, Kingstree, SC 29556
(ph)843-355-0143 (fax)843-355-0114
Medical Director:  Dr. Kenneth Reis CLIA #42D0251871

*Patient:* **WILLIAMS, DELVON L**
*DOB:* 08/09/1981   *Age:* 36years *Sex:* M
*Med Rec #:* 117360   *Account #:* 21030710   *Admit Date:* 07/12/18

*Location:* RLAB   *Room:*   *Bed:*
*Admit Physician:* HOEY,STEPHEN
*Order Physician:* HOEY,STEPHEN

**Collected:  07/12/18 @  09:00  RN**

| Test | Flag | Result | Reference Range/Units | Result Date/Time |
|---|---|---|---|---|
| | | | **Accn:** **180712145** | |

## HEMATOLOGY

**CBC w/ Auto Differential**

| | | | | |
|---|---|---|---|---|
| WBC | LO | 3.4 | 4.5 - 13.5 10*3/uL | 07/12/18  12:28  SPAPPA |
| RBC | | 5.21 | 4.27 - 5.49 10*6/uL | 07/12/18  12:28  SPAPPA |
| Hemoglobin | | 14.7 | 12.0 - 16.0 g/dL | 07/12/18  12:28  SPAPPA |
| Hematocrit | | 44.2 | 36.0 - 50.0 % | 07/12/18  12:28  SPAPPA |
| MCV | | 84.9 | 79.8 - 94.8 fL | 07/12/18  12:28  SPAPPA |
| MCH | | 28.2 | 26.8 - 33.2 pg | 07/12/18  12:28  SPAPPA |
| MCHC | LO | 33.2 | 33.5 - 35.4 g/dL | 07/12/18  12:28  SPAPPA |
| RDW-CV | | 13.1 | 12.0 - 15.1 % | 07/12/18  12:28  SPAPPA |
| Platelet Count | LO | 129 | 165 - 353 10*3/uL | 07/12/18  12:28  SPAPPA |
| MPV | HI | 10.8 | 7.5 - 10.6 fL | 07/12/18  12:28  SPAPPA |
| **Automated Differential** | | | | |
| Neutrophils, % | LO | 41.6 | 43.3 - 71.9 % | 07/12/18  12:28  SPAPPA |
| Lymphocytes, % | | 39.9 | 16.8 - 43.5 % | 07/12/18  12:28  SPAPPA |
| Monocytes, % | HI | 15.7 | 4.6 - 12.4 % | 07/12/18  12:28  SPAPPA |
| Eosinophils, % | | 2.4 | 0.7 - 7.8 % | 07/12/18  12:28  SPAPPA |
| Basophils, % | | 0.4 | 0.2 - 1.1 % | 07/12/18  12:28  SPAPPA |
| Neutrophils, Absolute | LO | 1.4 | 1.9 - 7.2 10*3/uL | 07/12/18  12:28  SPAPPA |
| Lymphocytes, Absolute | | 1.3 | 1.1 - 2.7 10*3/uL | 07/12/18  12:28  SPAPPA |
| Monocytes, Absolute | | 0.5 | 0.3 - 0.8 10*3/uL | 07/12/18  12:28  SPAPPA |
| Eosinophils, Absolute | | 0.1 | 0.0 - 0.5 10*3/uL | 07/12/18  12:28  SPAPPA |
| Basophils, Absolute | | 0.0 | 0.0 - 0.1 10*3/uL | 07/12/18  12:28  SPAPPA |

## CHEMISTRY

**Hepatic Panel (LFP)**

| | | | | |
|---|---|---|---|---|
| Total Protein | | 7.8 | 6.8 - 8.1 g/dL | 07/12/18  12:41  SPAPPA |
| Albumin | | 3.9 | 3.5 - 5.0 g/dL | 07/12/18  12:41  SPAPPA |
| Globulin | | 3.9 | 1.9 - 4.2 g/dL | 07/12/18  12:41  SPAPPA |
| Alb/Glob Ratio | LO | 1.0 | 1.1 - 2.1 [ratio] | 07/12/18  12:41  SPAPPA |
| Bilirubin, Total | | 0.5 | 0.2 - 1.2 mg/dL | 07/12/18  12:41  SPAPPA |
| Bilirubin, Direct | | <0.2 | 0.1 - 0.5 mg/dL | 07/12/18  12:41  SPAPPA |
| Alkaline Phosphatase | | 54 | 32 - 91 U/L | 07/12/18  12:41  SPAPPA |
| ALT (SGPT) | | 19 | 14 - 54 U/L | 07/12/18  12:41  SPAPPA |
| AST (SGOT) | | 26 | 15 - 41 U/L | 07/12/18  12:41  SPAPPA |
| Valproic Acid (Depakene) | | 87.8 | 50.0 - 100.0 ug/mL | 07/12/18  12:41  SPAPPA |

Legend
High = HI  Low = LO  Critical = CR  Abnormal = AB  Extreme = XT

WILLIAMS, DELVON L          Location:     RLAB

Printed:     07/12/2018 @ 12:42
Page: 1 of 1

**DOCTOR COPY - FINAL**



**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/12/2018 14:39 | Provider: | Lab Result Receive | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 07/12/2018 22:25.**

Ex 45-B

# Williamsburg Regional Hospital
500 Nelson Boulevard, Kingstree, SC 29556
(ph)843-355-0143 (fax)843-355-0114
Medical Director: Dr. Kenneth Reis CLIA #42D0251871

*Patient:* **WILLIAMS, DELVON L**
DOB: 08/09/1981   *Age:* 36years *Sex:* M
Med Rec #: 117360   *Account #:* 21031062

Admit Date: 07/19/18

*Location:* RLAB   *Room:*   *Bed:*
*Admit Physician:* HOEY, STEPHEN
*Order Physician:* HOEY, STEPHEN

Collected: **07/19/18 @ 11:43  RN**

Accn: **180719147**

| Test | Flag | Result | Reference Range/Units | Result Date/Time |
|------|------|--------|----------------------|------------------|

## HEMATOLOGY

**CBC w/ Auto Differential**

| Test | Flag | Result | Reference Range/Units | Result Date/Time |
|------|------|--------|----------------------|------------------|
| WBC | LO | 3.9 | 4.5 - 13.5 10*3/uL | 07/19/18 12:17 STREED |
| RBC | | 5.28 | 4.27 - 5.49 10*6/uL | 07/19/18 12:17 STREED |
| Hemoglobin | | 14.7 | 12.0 - 16.0 g/dL | 07/19/18 12:17 STREED |
| Hematocrit | | 44.5 | 36.0 - 50.0 % | 07/19/18 12:17 STREED |
| MCV | | 84.4 | 79.8 - 94.8 fL | 07/19/18 12:17 STREED |
| MCH | | 27.9 | 26.8 - 33.2 pg | 07/19/18 12:17 STREED |
| MCHC | LO | 33.0 | 33.5 - 35.4 g/dL | 07/19/18 12:17 STREED |
| RDW-CV | | 12.9 | 12.0 - 15.1 % | 07/19/18 12:17 STREED |
| Platelet Count | LO | 143 | 165 - 353 10*3/uL | 07/19/18 12:17 STREED |
| MPV | HI | 10.7 | 7.5 - 10.6 fL | 07/19/18 12:17 STREED |

**Automated Differential**

| Test | Flag | Result | Reference Range/Units | Result Date/Time |
|------|------|--------|----------------------|------------------|
| Neutrophils, % | LO | 37.6 | 43.3 - 71.9 % | 07/19/18 12:17 STREED |
| Lymphocytes, % | HI | 47.2 | 16.8 - 43.5 % | 07/19/18 12:17 STREED |
| Monocytes, % | | 11.5 | 4.6 - 12.4 % | 07/19/18 12:17 STREED |
| Eosinophils, % | | 3.4 | 0.7 - 7.8 % | 07/19/18 12:17 STREED |
| Basophils, % | | 0.3 | 0.2 - 1.1 % | 07/19/18 12:17 STREED |
| Neutrophils, Absolute | LO | 1.5 | 1.9 - 7.2 10*3/uL | 07/19/18 12:17 STREED |
| Lymphocytes, Absolute | | 1.8 | 1.1 - 2.7 10*3/uL | 07/19/18 12:17 STREED |
| Monocytes, Absolute | | 0.4 | 0.3 - 0.8 10*3/uL | 07/19/18 12:17 STREED |
| Eosinophils, Absolute | | 0.1 | 0.0 - 0.5 10*3/uL | 07/19/18 12:17 STREED |
| Basophils, Absolute | | 0.0 | 0.0 - 0.1 10*3/uL | 07/19/18 12:17 STREED |

## CHEMISTRY

**Hepatic Panel (LFP)**

| Test | Flag | Result | Reference Range/Units | Result Date/Time |
|------|------|--------|----------------------|------------------|
| Total Protein | | 7.1 | 6.8 - 8.1 g/dL | 07/19/18 12:36 JHILL |
| Albumin | | 3.6 | 3.5 - 5.0 g/dL | 07/19/18 12:36 JHILL |
| Globulin | | 3.5 | 1.9 - 4.2 g/dL | 07/19/18 12:36 JHILL |
| Alb/Glob Ratio | LO | 1.0 | 1.1 - 2.1 [ratio] | 07/19/18 12:36 JHILL |
| Bilirubin, Total | | < 0.3 | 0.2 - 1.2 mg/dL | 07/19/18 12:36 JHILL |
| Bilirubin, Direct | | < 0.2 | 0.1 - 0.5 mg/dL | 07/19/18 12:36 JHILL |
| Alkaline Phosphatase | | 50 | 32 - 91 U/L | 07/19/18 12:36 JHILL |
| ALT (SGPT) | | 21 | 14 - 54 U/L | 07/19/18 12:36 JHILL |
| AST (SGOT) | | 22 | 15 - 41 U/L | 07/19/18 12:36 JHILL |
| Valproic Acid (Depakene) | | 51.7 | 50.0 - 100.0 ug/mL | 07/19/18 12:36 JHILL |

Legend
High = HI  Low = LO  Critical = CR  Abnormal = AB  Extreme = XT

**DOCTOR COPY - FINAL**

Ex 46

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M    Race:  BLACK | Facility: | WIL |
| Encounter Date: | 07/28/2018 09:19 | Provider: | Truesdale, T. RN | Unit: | E01 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1        Provider:** Truesdale, T. RN

**Chief Complaint:** Other Problem
**Subjective:** Inmate has no complaint. Inmate showed up to medical twice this morning to pick up his medication.
**Pain:** No

**OBJECTIVE:**

**Exam:**
**General**
**Affect**
Yes: Pleasant, Cooperative
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
**Neurologic**
**Cranial Nerves (CN)**
Yes: Within Normal Limits

**ASSESSMENT:**

Other

Inmate showed up for a second time this morning to receive his medication.  Inmate told that I already gave him his medication.  Inmate told me that he had not been here.  He said, "I still need my meds".  Inmate able to answer all other questions appropriately.  Called MD.  Discussed inmates behavior.  Received orders.

Called inmate back to medical.  Officer said inmate was in his cell sleeping.  Inmate ambulated to medical with a steady gate.  Inmate did not remember coming to medical twice this morning.  Inmate answered all other questions appropriately.  Inmate then started to discuss the dentist and wanted to see dental today.  Inmate told that today is Saturday.  Inmate said, "Why am I at sick call then?".  Labs drawn and sent to WRH.  Inmate ambulated back to unit.  Discussed inmate with MD, Unit officer and LT.  Inmate is being observed by staff.

**PLAN:**

**Copay Required:** No           **Cosign Required:**  Yes
**Telephone/Verbal Order:**  Yes      **By:**  Hoey, Stephen D.O./CD
**Telephone or Verbal order read back and verified.**

Completed by Truesdale, T. RN on 07/28/2018 09:21
Requested to be cosigned by Hoey, Stephen D.O./CD.
Cosign documentation will be displayed on the following page.

Ex 47-A

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex:  M   Race:  BLACK | Facility: | WIL |
| Encounter Date: | 07/28/2018 07:55 | Provider:  Truesdale, T. RN | Unit: | E01 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**      **Provider:** Truesdale, T. RN

**Chief Complaint:** Other Problem

**Subjective:** Inmate has no complaint. Inmate showed up to medical twice this morning to pick up his medication

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/28/2018 | 09:13 WIL | 98.1 | 36.7 | | Truesdale, T. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/28/2018 | 09:13 WIL | 84 | | | Truesdale, T. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/28/2018 | 09:13 WIL | 20 | Truesdale, T. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/28/2018 | 09:13 WIL | 131/84 | | | | Truesdale, T. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/28/2018 | 09:13 WIL | 97 | | Truesdale, T. RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Neurologic**

**Cranial Nerves (CN)**

Yes: Within Normal Limits

**ASSESSMENT:**

Other

Inmate showed up for a second time this morning to receive his medication.  Inmate told that I already gave him his medication.  Inmate told me that he had not been here.  He said, "I still need my meds".  Inmate able to answer all other questions appropriately.  Called MD.  Discussed inmates behavior.  Received orders.

Called inmate back to medical.  Officer said inmate was in his cell sleeping.  Inmate ambulated to medical with a steady

Ex 47-B

| Inmate Name:  WILLIAMS, DELVON LAMAR | | | Reg #:  60442-018 |
|---|---|---|---|
| Date of Birth:  08/09/1981 | Sex:  M   Race:  BLACK | | Facility:  WIL |
| Encounter Date:  07/28/2018 07:55 | Provider:  Truesdale, T. RN | | Unit:  E01 |

gate. Inmate did not remember coming to medical twice this morning. Inmate answered all other questions appropriately. Inmate then started to discuss the dentist and wanted to see dental today. Inmate told that today is Saturday. Inmate said, "Why am I at sick call then?". Discussed inmate with MD, Unit officer and LT. Inmate is being observed by staff.

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Valproic Acid Syrup 250MG/5ML | 07/28/2018 07:55 | 10 ml Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only |

　　　　　　**Start Now:** Yes
　　　　　　**Night Stock Rx#:**
　　　　　　**Source:** Sub Stock Location
　　　　　　**Admin Method:** Pill Line
　　　　　　**Stop Date:** 07/28/2018 09:00
　　　　　　**MAR Label:** 10 ml Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only
　　　　　　**One Time Dose Given:** Given Now

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 07/29/2018 00:00 | Routine |
| Lab Tests-L-Levetiracetam | | | |
| Lab Tests - Short List-General-Hepatic Profile | | | |
| Lab Tests-V-Valproic Acid, Total | | | |

**Disposition:**

　　To be Evaluated by Provider
　　Return Immediately if Condition Worsens
　　Discharged to Housing Unit with Restrictions

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/28/2018 | Counseling | Access to Care | Truesdale, T. | Verbalizes Understanding |
| 07/28/2018 | Counseling | Safety/Injury Prevention | Truesdale, T. | Verbalizes Understanding |

**Copay Required:** No　　　　　**Cosign Required:** Yes

**Telephone/Verbal Order:**  Yes　　**By:**  Hoey, Stephen D.O./CD

**Telephone or Verbal order read back and verified.**

Completed by Truesdale, T. RN on 07/28/2018 09:19

Requested to be cosigned by  Hoey, Stephen D.O./CD.

Cosign documentation will be displayed on the following page.

47-C

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M     Race: BLACK | Facility: | WIL |
| Note Date: | 07/28/2018 18:31 | Provider: | Truesdale, T. RN | Unit: | E01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE  1**       **Provider:** Truesdale, T. RN

        After discussion with MD about lab results. Discussed with inmate at pill line.  Inmate is having minimal swelling and redness around left back molar.  No drainage present.  Orders given by MD.
        When inmate arrived at pill line tonight, he asked me if he had a seizure and why I woke him up today.  Inmate did not remember our earlier conversation.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Amoxicillin Capsule | 07/28/2018 18:31 | 500mg Orally  -   Two Times a Day x 7 day(s) Pill Line Only |

        **Start Now:** Yes
          **Night Stock Rx#:** 113323-wil
          **Source:** Night Stock
          **Admin Method:** Pill Line
          **Stop Date:** 08/04/2018 18:30
          **MAR Label:** 500mg Orally  -   Two Times a Day x 7 day(s) Pill Line Only
          **One Time Dose Given:** No

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 07/28/2018 18:31 | 1 tab Orally  -  three times a day x 3 day(s) |

        **Start Now:** Yes
          **Night Stock Rx#:** 118863-wil
          **Source:** Night Stock
          **Admin Method:** Self Administration
          **Stop Date:** 07/31/2018 18:30
          **MAR Label:** day(s)
          **One Time Dose Given:** No

**Disposition:**
    To be Evaluated by Provider
    Will Be Placed on Callout
    Return Immediately if Condition Worsens
    Discharged to Housing Unit with Restrictions
    Notify Dental Duty Officer
    Notify Medical Duty Officer

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/28/2018 | Counseling | Access to Care | Truesdale, T. | Verbalizes Understanding |

Generated 07/28/2018 18:44 by Truesdale, T. RN        Bureau of Prisons - WIL        Page 1 of 2

47-D

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/28/2018 09:19 | Provider: | Truesdale, T. RN | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 07/28/2018 14:45.**

47-E

# Williamsburg Regional Hospital

500 Nelson Boulevard, Kingstree, SC 29556
(ph)843-355-0143 (fax)843-355-0114
Medical Director:  Dr. Kenneth Reis CLIA #42D0251871

*Patient:* **WILLIAMS, DELVON L**
*DOB:* 08/09/1981      *Age:* 36ycas *Sex:* M
*Med Rec #:* 117360      *Account #:*21031542
Admit Date:07/28/18

*Location:* OUT      Room:      Bed:
*Admit Physician:* HARRELL,HOLLY L, PA
*Order Physician:* HARRELL,HOLLY L, PA

Collected:  **07/28/18 @ 10:00  RN**

| Test | Flag | Result | Reference Range/Units | Result Date/Time |
|------|------|--------|----------------------|------------------|

Accn:  **180728138**

## HEMATOLOGY

**CBC w/ Auto Differential**

| Test | Flag | Result | Reference Range/Units | Result Date/Time |
|------|------|--------|----------------------|------------------|
| WBC | | 7.9 | 4.5 - 13.5 10*3/uL | 07/28/18  11:11  SPAPPA |
| RBC | | 4.95 | 4.27 - 5.49 10*6/uL | 07/28/18  11:11  SPAPPA |
| Hemoglobin | | 13.8 | 12.0 - 16.0 g/dL | 07/28/18  11:11  SPAPPA |
| Hematocrit | | 41.2 | 36.0 - 50.0 % | 07/28/18  11:11  SPAPPA |
| MCV | | 83.2 | 79.8 - 94.8 fL | 07/28/18  11:11  SPAPPA |
| MCH | | 27.9 | 26.8 - 33.2 pg | 07/28/18  11:11  SPAPPA |
| MCHC | | 33.5 | 33.5 - 35.4 g/dL | 07/28/18  11:11  SPAPPA |
| RDW-CV | | 12.8 | 12.0 - 15.1 % | 07/28/18  11:11  SPAPPA |
| Platelet Count | LO | 123 | 165 - 353 10*3/uL | 07/28/18  11:11  SPAPPA |
| MPV | | 10.3 | 7.5 - 10.6 fL | 07/28/18  11:11  SPAPPA |

**Automated Differential**

| Test | Flag | Result | Reference Range/Units | Result Date/Time |
|------|------|--------|----------------------|------------------|
| Neutrophils, % | HI | 76.6 | 43.3 - 71.9 % | 07/28/18  11:11  SPAPPA |
| Lymphocytes, % | LO | 8.5 | 16.8 - 43.5 % | 07/28/18  11:11  SPAPPA |
| Monocytes, % | | 11.5 | 4.6 - 12.4 % | 07/28/18  11:11  SPAPPA |
| Eosinophils, % | | 1.5 | 0.7 - 7.8 % | 07/28/18  11:11  SPAPPA |
| Basophils, % | HI | 1.9 | 0.2 - 1.1 % | 07/28/18  11:11  SPAPPA |
| Neutrophils, Absolute | | 6.0 | 1.9 - 7.2 10*3/uL | 07/28/18  11:11  SPAPPA |
| Lymphocytes, Absolute | LO | 0.7 | 1.1 - 2.7 10*3/uL | 07/28/18  11:11  SPAPPA |
| Monocytes, Absolute | HI | 0.9 | 0.3 - 0.8 10*3/uL | 07/28/18  11:11  SPAPPA |
| Eosinophils, Absolute | | 0.1 | 0.0 - 0.5 10*3/uL | 07/28/18  11:11  SPAPPA |
| Basophils, Absolute | HI | 0.2 | 0.0 - 0.1 10*3/uL | 07/28/18  11:11  SPAPPA |

## CHEMISTRY

**Hepatic Panel (LFP)**

| Test | Flag | Result | Reference Range/Units | Result Date/Time |
|------|------|--------|----------------------|------------------|
| Total Protein | | 7.4 | 6.8 - 8.1 g/dL | 07/28/18  11:18  SPAPPA |
| Albumin | | 3.6 | 3.5 - 5.0 g/dL | 07/28/18  11:18  SPAPPA |
| Globulin | | 3.8 | 1.9 - 4.2 g/dL | 07/28/18  11:18  SPAPPA |
| Alb/Glob Ratio | LO | 0.9 | 1.1 - 2.1 [ratio] | 07/28/18  11:18  SPAPPA |
| Bilirubin, Total | | 0.7 | 0.2 - 1.2 mg/dL | 07/28/18  11:18  SPAPPA |
| Bilirubin, Direct | | <0.2 | 0.1 - 0.5 mg/dL | 07/28/18  11:18  SPAPPA |
| Alkaline Phosphatase | | 48 | 32 - 91 U/L | 07/28/18  11:18  SPAPPA |
| ALT (SGPT) | | 16 | 14 - 54 U/L | 07/28/18  11:18  SPAPPA |
| AST (SGOT) | | 21 | 15 - 41 U/L | 07/28/18  11:18  SPAPPA |
| Valproic Acid (Depakene) | | 86.3 | 50.0 - 100.0 ug/mL | 07/28/18  11:18  SPAPPA |

Legend
High = HI   Low = LO   Critical = CR   Abnormal = AB   Extreme = XT

| | | | | |
|---|---|---|---|---|
| **WILLIAMS, DELVON L** | Location:  **OUT** | | Printed:  07/28/2018 @ 11:22 | |
| | | | Page: 1 of 1 | |

**ON DEMAND REPORT**

Ex 48-A

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | WILLIAMS, DELVON LAMAR | | | Reg #: | 60442-018 |
|---|---|---|---|---|---|
| Date of Birth: | 08/09/1981 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/30/2018 14:59 | Provider: | Lab Result Receive | Facility: | WIL |

**Cosigned by Hoey, Stephen D.O./CD on 07/30/2018 15:21.**

Ex 48-B

| | | |
|---|---|---|
| **Complex:** SCH--SCHUYLKILL FCI | **Begin Date:** 10/24/2017 | **End Date:** 08/10/2018 |
| **Inmate:** WILLIAMS, DELVON LAMAR | **Reg #:** 60442-018 | **Quarter:** A01-109L |

## Active Prescriptions

Phenytoin Oral Susp 125 MG/5ML, 237ML
take 8.5mL by mouth twice daily ***pill line*** ***pill line***
**Rx#:** 111627-WIL   **Doctor:** Hoey, Stephen D.O./CD
**Start:** 09/19/17   **Exp:** 03/18/18   **D/C:** 02/02/18   **Pharmacy Dispensings:** 2380 ML in 819 days

Phenytoin Oral Susp 125 MG/5ML, 237ML
take 8.5mL by mouth twice daily ***self carry***
**Rx#:** 114619-WIL   **Doctor:** Hoey, Stephen D.O./CD
**Start:** 02/02/18   **Exp:** 02/02/19   **D/C:** 03/03/18   **Pharmacy Dispensings:** 510 ML in 683 days

Phenytoin Oral Susp 125 MG/5ML, 237ML
Take 8.5mL (212.5MG) by mouth twice daily ***pill line*** ***pill line***
**Rx#:** 115336-WIL   **Doctor:** Hoey, Stephen D.O./CD
**Start:** 03/05/18   **Exp:** 04/04/18   **D/C:** 03/06/18   **Pharmacy Dispensings:** 0 ML in 652 days

Phenytoin Oral Susp 125 MG/5ML, 237ML
take 8.5mL by mouth twice daily ***self carry***
**Rx#:** 115363-WIL   **Doctor:** Hoey, Stephen D.O./CD
**Start:** 03/06/18   **Exp:** 03/06/19   **D/C:** 04/03/18   **Pharmacy Dispensings:** 747 ML in 651 days

Phenytoin Oral Susp 125 MG/5ML, 237ML
9 ml by mouth twice daily
**Rx#:** 116082-WIL   **Doctor:** Hoey, Stephen D.O./CD
**Start:** 04/03/18   **Exp:** 04/03/19   **D/C:** 05/07/18   **Pharmacy Dispensings:** 711 ML in 623 days

Phenytoin Oral Susp 125 MG/5ML, 237ML
9 ml by mouth twice daily ***pill line***
**Rx#:** 116882-WIL   **Doctor:** Hoey, Stephen D.O./CD
**Start:** 05/25/18   **Exp:** 05/25/19   **D/C:** 05/08/18   **Pharmacy Dispensings:** 0 ML in 571 days

Phenytoin Oral Susp 125 MG/5ML, 237ML
Take 9ml by mouth twice daily -- Pill Line only ***pill line***
**Rx#:** 116903-WIL   **Doctor:** Hoey, Stephen D.O./CD
**Start:** 05/08/18   **Exp:** 05/08/19   **D/C:** 05/09/18   **Pharmacy Dispensings:** 0 ML in 588 days

Phenytoin Oral Susp 125 MG/5ML, 237ML
Take 9ml by mouth twice daily ***self carry***
**Rx#:** 117006-WIL   **Doctor:** Hoey, Stephen D.O./CD
**Start:** 05/09/18   **Exp:** 05/09/19   **D/C:** 05/18/18   **Pharmacy Dispensings:** 540 ML in 587 days

Valproic Acid Syrup 50 MG/ML, 480 ML
take 8.5mL by mouth twice daily ***pill line*** ***pill line***
**Rx#:** 112183-WIL   **Doctor:** Hoey, Stephen D.O./CD

Ex 49-A

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** SCH--SCHUYLKILL FCI | **Begin Date:** 10/24/2017 | **End Date:** 08/10/2018 |
| **Inmate:** WILLIAMS, DELVON LAMAR | **Reg #:** 60442-018 | **Quarter:** A01-109L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

Amoxicillin 500 MG Cap
[NIGHT STOCK] Take one capsule (500 MG) by mouth twice daily for 7 days ***pill line*** ***pill line***
**Rx#:** 113323-WIL    **Doctor:** Hoey, Stephen D.O./CD
**Start:** 07/28/18    **Exp:** 08/04/18    **Pharmacy Dispensings:** 14 CAP in 507 days

Amoxicillin 500 MG Cap
tAKE 1 CAPSULE 3 TIMES A DAY
**Rx#:** 116680-WIL    **Doctor:** Selbe, D. DDS
**Start:** 04/27/18    **Exp:** 05/07/18    **Pharmacy Dispensings:** 30 CAP in 599 days

Ibuprofen 800 MG Tab
** Dental ** Take one tablet (800 MG) by mouth three times daily with food / milk as needed for pain
**Rx#:** 116345-WIL    **Doctor:** Selbe, D. DDS
**Start:** 04/27/18    **Exp:** 05/04/18    **Pharmacy Dispensings:** 18 TAB in 599 days

Ibuprofen 800 MG Tab
** NIGHT STOCK ** Take one tablet (800 MG) by mouth three times daily with food as needed for pain
**Rx#:** 118863-WIL    **Doctor:** Hoey, Stephen D.O./CD
**Start:** 07/28/18    **Exp:** 07/31/18    **Pharmacy Dispensings:** 9 TAB in 507 days

levETIRAcetam Oral Solution 100 MG/ML, 473 ml
take 15 mL by mouth twice daily ***pill line*** ***pill line***
**Rx#:** 117201-WIL    **Doctor:** Hoey, Stephen D.O./CD
**Start:** 05/18/18    **Exp:** 05/18/19    **D/C:** 08/10/18    **Pharmacy Dispensings:** 2700 ml in 578 days

Meclizine HCl 25 MG Tab
Take one tablet (25 MG) by mouth three times daily for 7 days
**Rx#:** 117008-WIL    **Doctor:** Hoey, Stephen D.O./CD
**Start:** 05/09/18    **Exp:** 05/16/18    **Pharmacy Dispensings:** 21 TAB in 587 days

Meclizine HCl 25 MG Tab
Take one tablet (25 MG) by mouth three times daily for 7 days
**Rx#:** 117190-WIL    **Doctor:** Hoey, Stephen D.O./CD
**Start:** 05/18/18    **Exp:** 05/25/18    **Pharmacy Dispensings:** 21 TAB in 578 days

Ex 49 B



Delvon Williams 68442-018
Federal Correctional Institution
F.C.I Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Clerk of US Dist. Court
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
MAY 05 2020
Per _____ DEPUTY CLERK

LEGAL
MAIL

US POSTAGE PAID
MINERSVILLE, PA
17954
MAY 01 20
AMOUNT
$0.00
R2305K14105710
18501
1004

EXPECTED DELIVERY DAY: 05/04/20
USPS TRACKING® NUMBER

9505 5112 3336 0122 1887 42