UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**DELVON LAMAR WILLIAMS,**         :

    **Plaintiff**         :   CIVIL ACTION NO. 3:20-0737

    v.         :   (JUDGE MANNION)

**DR. S. HOEY, et al.,**         :

    **Defendants**         :

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion to dismiss for lack of jurisdiction (Doc. 16) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

    *s/ Malachy E. Mannion*
    **MALACHY E. MANNION**
    **United States District Judge**

Dated:  December 8, 2020
20-0737-01-ORDER